FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 AUG 17 P 4: 37

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

JAIME GARCIA et al.

v.   CIVIL NO. B-01-0103

RONALD D. KIRSTIEN, et al.

\*   \*   \*   oOo   \*   \*   \*

O R D E R

In accordance with the oral opinion rendered in open court today in the above-captioned case, IT IS this 17th day of August, 2001, by the United States District Court for the District of Maryland,

ORDERED:

(1) That the Motion to Dismiss, filed on behalf of defendants Ronald D. Kirstien and Harvey Rothstein (Paper 3), is GRANTED;

(2) That Defendant Randy Habeck's Motion to Dismiss (Paper 7), is GRANTED;

(3) That Defendant Randy Habeck's Motion for a More Definite Statement (Paper 6) is DENIED as moot;

(4) The plaintiffs, Jaime and Elvira Garcia may file an amended complaint which shall be filed within twenty days of the date of this Order; and

(5) That the Clerk shall mail a copy of this Order to counsel of record.

_____
Walter E. Black, Jr.
Senior Judge