

# SELZER GURVITCH
# RABIN & OBECNY
C H A R T E R E D

LAW OFFICES
4550 Montgomery Ave.
Suite 900
Bethesda, MD 20814-3324

301.986.9600
301.986.1301 FAX
www.sgrolaw.com

David P. Blackwood, Esquire
dpblackwood@sgrolaw.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 18  P 2: 03

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

September 17, 2001

Kristie L. Anderson, Esquire
Albright, Brown & Goertemiller, LLC
120 East Baltimore Street
Suite 2150
Baltimore, Maryland 21202

Re: *Jamie Garcia, et al. v. Ronald D. Kirstien, et al.*
**Civil No. B-01-103**
**Our File Number 8010-18**

Dear Ms. Anderson:

Pursuant to our conversation of this date, this is to confirm that Mr. Habeck shall have until September 21, 2001, in which to file responsive pleadings with regard to the Amended Complaint.

Thank you for your courtesy in this regard.

Sincerely,

David P. Blackwood

DPB:pcs

cc:   U.S. District Court for the District of Maryland

F:\WP_FILES\CLIENTS\8010-1\8010-18\11 Anderson L01 091701.wpd

APPROVED this 18th day of SEPTEMBER, 2001.

Walter E. Black, Jr.
Senior Judge