IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAIME GARCIA, et al. | * | |
| v. | * | CIVIL NO. B-01-103 |
| RONALD D. KIRSTIEN, et al. | * | |

\*   \*   \*   oOo   \*   \*   \*

O R D E R

In accordance with the oral opinion rendered in open court today in the above-captioned case, IT IS this ____ day of December, 2001, by the United States District Court for the District of Maryland,

ORDERED:

(1) That the Motions to Dismiss, filed on behalf of defendants Ronald D. Kirstien, Harvey Rothstein and Randy Habeck (Papers 18 and 19), are DENIED;

(2) That the Clerk shall mail a copy of this Order to counsel of record.

Walter E. Black, Jr.
Senior Judge