FILED
U.S. DISTRICT COURT

**IN THE UNITED STATES DICTRICT COURT** DISTRICT OF MARYLAND
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

2002 MAY 31 P 4: 53

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| JAIME GARCIA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| RONALD D. KIRSTIEN, et al., | * | |
| Defendants | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CONSENT AMENDED SCHEDULING ORDER

Upon consent of the parties and for good cause shown, the following deadlines in this court's Scheduling Order are Amended as follows:

### I.   DEADLINES

```
Status Report due in Chambers and
```
Discovery Deadline:                 September 15, 2002

Dispositive pretrial
Motion deadline:                    October 15, 2002

MAY 31 2002
_____
Date

*Walter E. Black, Jr.*

**Walter E. Black, Jr.**
**Senior Judge**

*C. D. Roswell*
_____
**CRAIG D. ROSWELL**
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300

Attorney for Defendants
Ronald D. Kirstien and Harvey Rothstein

**DAVID F. ALBRIGHT**
Albright, Brown & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202
Attorneys for Plaintiffs


**ROBERT S. SELZER**
Wechsler, Selzer & Gurvitch
4550 Montgomery Avenue, Suite 900 North
Bethesda, Maryland 20814
Attorney for Defendant Randy Habeck.