**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAIME GARCIA, <u>et al.</u>, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| RONALD D. KIRSTIEN, <u>et al.</u>, | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT AMENDED SCHEDULING ORDER**

Upon consent of the parties and for good cause shown, the following deadlines in this court's Scheduling Order are amended as follows:

**I.   DEADLINES**

<u>Status Report Due and
Discovery Deadline:</u>            September 15, 2003

<u>Dispositive pretrial
Motion deadline:</u>               October 15, 2003


_____                           _____
Date                                        **Walter E. Black, Jr.
                                            Senior Judge**

_____/S/_____
**CRAIG D. ROSWELL, ESQUIRE**
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorney for Defendants
Ronald D. Kirstien and Harvey Rothstein


_____/S/_____
**DAVID F. ALBRIGHT, ESQUIRE**
(signed by Craig D. Roswell with
permission of David F. Albright)
Albright, Brown & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202
Attorneys for Plaintiffs


_____/S/_____
**ROBERT S. SELZER, ESQUIRE**
(signed by Craig D. Roswell with
permission of Robert S. Selzer)
Wechsler, Selzer & Gurvitch
4416 East West Highway, 4th Floor
Bethesda, Maryland 20814
Attorney for Defendant Randy Habeck.