IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAIME GARCIA, <u>et al.</u>,** | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| **RONALD D. KIRSTIEN, <u>et al.</u>,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>LINE</u>**

Dear Clerk:

Please withdraw the appearance of Ranji M. Garrett, Esquire as counsel for Defendants, Ronald D. Kirstien and Harvey Rothstein, with regard to the captioned case. Mr. Garrett is no longer employed with Niles, Barton & Wilmer, LLP. Craig D. Roswell, Esquire and Niles, Barton & Wilmer, LLP, remain counsel for Defendants, Ronald D. Kirstien and Harvey Rothstein.

Respectfully submitted,

_____
Craig D. Roswell
Bar No. 9529
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorney for Defendants,
Ronald D. Kirstien and Harvey Rothstein

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of June, 2003, a copy of the foregoing Line was mailed via first class mail, postage prepaid, to: David F. Albright, Esq., and Kristi L. Anderson, Esq., Albright, Brown & Goertemiller, LLC, 120 E. Baltimore Street, Suite 2150, Baltimore, Maryland 21202, Attorneys for Plaintiffs; and David P. Blackwood, Esq., Wechsler, Selzer & Gurvitch, Suite 900 North, 4550 Montgomery Avenue, Bethesda, Maryland 20814, Attorney for Defendant Randy Habeck.

                                                                                              _____
                                                                                              Craig D. Roswell