Craig D. Roswell  
 (VA, D.C. & MD)

(410) 783-6341  
Fax (410) 783-6363  
E-mail cdroswell@niles-law.com

August 14, 2003

The Honorable Benson E. Legg  
United States District Court  
for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    Civil No.: B-01-103  
              <u>Garcia, et al v. Kirstien, et al.</u>

Dear Judge Legg:

      The parties to this case are submitting this Consent Amended Scheduling Order for your approval. A tremendous amount of discovery has been done, however, despite the best efforts of all counsel, there is significant discovery to be done in this case. We are hopeful that this Amended Scheduling Order will allow all parties to complete discovery and file dispositive motions in a timely fashion.

      Should the court require any additional information, or have any questions, please do not hesitate to contact the undersigned.

                                Sincerely,

                                Craig D. Roswell

CDR/km  
Enclosure  
cc:    David F. Albright, Esquire (w/enc.)  
        David Blackwood, Esquire (w/enc.)