**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAIME GARCIA, <u>et al.</u>, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| RONALD D. KIRSTIEN, <u>et al.</u>, | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>CONSENT AMENDED SCHEDULING ORDER</u>**

Upon consent of the parties and for good cause shown, the following deadlines in this court's Scheduling Order are Amended as follows:

**I.   DEADLINES**

<u>Discovery Deadline
and Status Report:</u>            November 3, 2003

<u>Dispositive pretrial
Motion deadline:</u>              December 3, 2003


_____                                    _____
Date                                                                              **Judge Benson E. Legg**



_____/S/_____
**CRAIG D. ROSWELL**
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorney for Defendants
Ronald D. Kirstien and Harvey Rothstein

_____/S/_____
**DAVID F. ALBRIGHT**
Albright, Brown & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202
Attorneys for Plaintiffs
(signed by Craig D. Roswell with
permission of David F. Albright)



_____/S/_____
**DAVID BLACKWOOD**
Wechsler, Selzer & Gurvitch
4550 Montgomery Avenue, Suite 900 North
Bethesda, Maryland  20814
Attorney for Defendant Randy Habeck
(signed by Craig D. Roswell with
permission of David Blackwood)