FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP -3 P 4: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

JAIME GARCIA, et al.,

    Plaintiffs,

v.                                    Case No.: ~~B-01-103~~ L-01-103

RONALD D. KIRSTIEN, et al.,

    Defendants

* * * * * * * * * *

## CONSENT AMENDED SCHEDULING ORDER

Upon consent of the parties and for good cause shown, the following deadlines in this court's Scheduling Order are Amended as follows:

### I. DEADLINES

<u>Discovery Deadline
and Status Report:</u>    November 3, 2003

<u>Dispositive pretrial
Motion deadline:</u>    December 3, 2003

_Sept. 3, 2003_                              _[signature]_
Date                                               Judge Benson E. Legg

_____/S/_____
**CRAIG D. ROSWELL**
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorney for Defendants
Ronald D. Kirstien and Harvey Rothstein

_____/S/_____
**DAVID F. ALBRIGHT**
Albright, Brown & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202
Attorneys for Plaintiffs
(signed by Craig D. Roswell with
permission of David F. Albright)


_____/S/_____
**DAVID BLACKWOOD**
Wechsler, Selzer & Gurvitch
4550 Montgomery Avenue, Suite 900 North
Bethesda, Maryland 20814
Attorney for Defendant Randy Habeck
(signed by Craig D. Roswell with
permission of David Blackwood)