UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JAIME GARCIA, et ux.

    Plaintiffs

v.                                          Civil No.  CCB 01 CV 0103

RONALD D. KIRSTIEN, et al.

    Defendants

## NOTICE OF WITHDRAWAL

Dear Clerk:

    1.    Please note the withdrawal of Attorney David P. Blackwood, <u>individually</u>, from the above-noted action:

    2.    All other members of the firm of Selzer, Gurvitch, Rabin & Obecny, Chartered remain as representatives on behalf of Defendant Randy Habeck.

                                            Respectfully submitted,

                                            David P. Blackwood
                                            Robert S. Selzer
                                            4416 East West Highway, **Fourth Floor**
                                            Bethesda, Maryland  20814
                                            Tel.  (301) 986-9600

                                            Attorney for Defendant Randy Habeck

## CERTIFICATE OF SERVICE

I hereby certify, that on this __22-__ day of October, 2003, a copy of the foregoing Notice of Withdrawal was mailed by first-class mail, postage prepaid to David F. Albright, Esquire, Albright & Goertemiller, LLC, 120 E. Baltimore Street, Suite 2150, Baltimore, Maryland 21202 and Craig D. Roswell, Esquire, Niles, Barton & Wilmer, 111 S. Calvert Street, Suite 1400, Baltimore, Maryland 21202.

_David P. Blackwood_

G:\CLIENTS\8010-18\Pleadings\11-NoticeofWithdrawal.doc