UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **JAIME GARCIA, et ux.** : | |
| : | |
| Plaintiffs : | |
| : | |
| v.   : | Civil No.  BEL 01 CV 0103 |
| : | |
| **RONALD D. KIRSTIEN, et al.** : | |
| : | |
| Defendants : | |

### NOTICE OF ENTRY OF APPEARANCE OF PATRICK J. KEARNEY

Please note the entry of the appearance of Patrick J. Kearney, Esquire of the law firm of Selzer Gurvitch Rabin & Obecny, as co-counsel to the Defendant Randy Habeck.

Respectfully submitted,

   */s/ Patrick J. Kearney*
Patrick J. Kearney (Fed. Bar No. 01913)
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Fourth Floor
Bethesda, Maryland  20814
Tel.  (301) 986-9600

Attorneys for Defendant Randy Habeck

## CERTIFICATE OF SERVICE

  I hereby certify, that on this 24th day of October, 2003, a copy of the foregoing Entry of Appearance of Patrick J. Kearney was served by first-class mail, postage prepaid to David F. Albright, Esquire, Albright & Goertemiller, LLC, 120 E. Baltimore Street, Suite 2150, Baltimore, Maryland 21202 and Craig D. Roswell, Esquire, Niles, Barton & Wilmer, 111 S. Calvert Street, Suite 1400, Baltimore, Maryland 21202.

               */s/ Patrick J. Kearney*
               Patrick J. Kearney