# NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

Craig D. Roswell
(VA, D.C. & MD)

(410) 783-6341
Fax (410) 783-6363
E-mail cdroswell@niles-law.com

October 29, 2003

The Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   Civil No.: B-01-103
      Garcia, et al v. Kirstien, et al.

Dear Judge Legg:

The parties to this case are submitting this Consent Amended Scheduling Order for your approval. A tremendous amount of discovery has been done, however, despite the best efforts of all counsel, there is significant discovery to be done in this case. We are hopeful that this Amended Scheduling Order will allow all parties to complete discovery and file dispositive motions in a timely fashion.

Should the court require any additional information, or have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Craig D. Roswell

CDR/km
Enclosure
cc:   David F. Albright, Esquire (w/enc.)
      Patrick Kearney, Esquire (w/enc.)