IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JAIME GARCIA, <u>et al.</u>, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: L-01-103 |
| RONALD D. KIRSTIEN, <u>et al.</u>, | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT AMENDED SCHEDULING ORDER

Upon consent of the parties and for good cause shown, the following deadlines in this court's Scheduling Order are amended as follows:

### I. DEADLINES

<u>Status Report Due and</u>
<u>Discovery Deadline:</u>        January 9, 2004

<u>Dispositive pretrial</u>
<u>Motion deadline:</u>          February 9, 2004

_____                              _____
Date                                         **Judge Benson E. Legg**

_____/S/_____
**CRAIG D. ROSWELL**
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorney for Defendants
Ronald D. Kirstien and Harvey Rothstein


_____/S/_____
**DAVID F. ALBRIGHT**
(signed by Craig D. Roswell with
permission of David F. Albright)
Albright, Brown & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202
Attorneys for Plaintiffs


_____/S/_____
**PATRICK KEARNEY**
(signed by Craig D. Roswell with
permission of Patrick Kearney)
Wechsler, Selzer & Gurvitch
4550 Montgomery Avenue, Suite 900 North
Bethesda, Maryland 20814
Attorney for Defendant Randy Habeck.