UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 17, 2003

MEMORANDUM TO COUNSEL RE:   Garcia, et al. v. Kirstien, et al.
Civil #L-01-103

Dear Counsel:

    Because of the age of this suit (filed on January 12, 2001), discovery must be concluded promptly. Pending is the parties' sixth motion to amend the scheduling order. The parties ask to submit their status report on January 9, 2004 and their dispositive motions on February 9, 2004. Their motion does not describe what discovery has taken place or what additional discovery is needed. Moreover, their motion provides no justification for the delay. The parties, therefore, have not supported their latest request for additional time.

    On or before November 24, 2003, the parties shall provide the following information:

(i)    Whether documents have been exchanged, when they were exchanged, and what additional documents need to be exchanged;

(ii)    Whether interrogatories have been answered, when they were answered, and what additional interrogatories need to be answered;

(iii)    Whether witnesses have been deposed, when they were deposed, and how many additional witnesses need to be deposed; and

(iv)    Whether experts have been identified, whether they have been deposed, whether their reports have been given to opposing counsel, whether additional experts need to be deposed, and what additional reports must be exchanged.

After review of this information, the Court will advise the parties if additional time will be allowed.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                    Very truly yours,

                                                          /s/

                                                Benson Everett Legg

c:     Court file