Craig D. Roswell  
 (VA, D.C. & MD)

(410) 783-6341  
Fax (410) 783-6363  
E-mail cdroswell@niles-law.com

January 21, 2004

The Honorable Benson E. Legg  
United States District Court  
for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:    Civil No.: B-01-103  
             <u>Garcia, et al v. Kirstien, et al.</u>

Dear Judge Legg:

    Please accept this as a Status Report in this case. In accordance with the Scheduling Order issued in this case, the following is the status of the case as of the discovery deadline.

    a.    All discovery, including production of documents and party depositions, has been completed.

    b.    No motions are currently pending.

    c.    All Defendants intend to file summary judgment motions.

    d.    This is a jury trial. The anticipated length of the trial is eight (8) days.

    e.    Some settlement discussions have taken place.

    f.    The parties do not believe it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference.

    g.    No other matters are currently outstanding in this case.

The Honorable Benson E. Legg
January 21, 2004
Page 2

    Should the Court require any additional information, or have any questions, please feel free to contact us.

                                  Respectfully yours,

| /s/ | /s/ | /s/ |
|---|---|---|
| David F. Albright | Patrick Kearney | Craig Roswell |
| Counsel for Plaintiffs | Counsel for Defendant, Randolph Habeck | Counsel for Defendants Ronald Kirstien and Harvey Rothstein |