UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 22, 2004

MEMORANDUM TO COUNSEL RE:   Garcia, et al. v. Kirstien, et al.
Civil #L-01-103

Dear Counsel:

Due to a scheduling conflict, the motions hearing will be held on May 6, 2004, at 2:00 p.m.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file