UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **JAIME GARCIA, et ux.** | : |
| Plaintiffs | : |
| v. | : Civil No. BEL 01 CV 0103 |
| **RONALD D. KIRSTIEN, et al.** | : |
| Defendants | : |

## APPENDIX OF EXHIBITS
## TO RANDY HABECK'S MOTION FOR SUMMARY JUDGMENT

**Exhibit A**    Portions of Jaime Garcia Deposition
    Exhibit 10:  Letter Agreement
    Exhibit 16:  Employment Agreement
    Exhibit 13:  Chef Garcia Inc. 1996 Corporate Tax Return

**Exhibit B**    Declaration of Randy Habeck
    Exhibit 1:  Articles of Amendment of Habeck-Zaitz & Associates
    Exhibit 2:  Articles of Merger between Key Sales & Marketing Co., Inc. and Impact Sales, Inc.
    Exhibit 3:  State of Maryland Department of Assessments and Taxation
    Exhibit P-1:  Broker Agreement

**Exhibit C**    Portions of Deposition of Harvey Rothstein
    Exhibit P-23:  January 26, 1998 Memorandum

**Exhibit D**    Declaration of David J. Norman, Esquire

**Exhibit E**    Jaime Garcia's Responses to Defendant Ronald Kirstien's First Set of Interrogatories

**Exhibit F**    Chapter 11 Bankruptcy Case Docket