SEP 15 '97 1:35 FROM ARTHUR ANDERSEN                                        PAGE.005

| Form **1120** | **U.S. Corporation Income Tax Return** For calendar year 1996, or tax year beginning 08/31, 1996, ending 01/03, 1997 | OMB No. 1545-0123 **1996** |
|---|---|---|
| Department of the Treasury — Internal Revenue Service | ▶ Instructions are separate. See instructions for Paperwork Reduction Act Notice. | |

A Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. as defined in Temporary Regs. sec. 1.441-4T — see instructions ☐

Use IRS label. Otherwise, print or type.

Name: **CHEF GARCIA, INC.**
Number, street, and room or suite no. (If a P.O. box, see instructions)
**7608-F FULLERTON ROAD**
City or town, state, and ZIP code
**SPRINGFIELD, VA 22153**

B Employer identification number **54-1285691**
C Date incorporated **09/26/95**
D Total assets (see instructions) $ **1,983,077.**

E Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Change of address

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales **1,588,372.** b Less returns and allowances **132,965.** c Bal ▶ | 1c | **1,455,407.** |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | **1,018,212.** |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | **437,195.** |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 20 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions — attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | **437,195.** |
| 12 | Compensation of officers (Schedule E, line 4) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | **211,938.** |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | **18,976.** |
| 17 | Taxes and licenses | 17 | **17,257.** |
| 18 | Interest | 18 | **21,045.** |
| 19 | Charitable contributions (see instructions for 10% limitation) | 19 | |
| 20 | Depreciation (attach Form 4562) | 20 | 1,192. |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a / 21b | **1,192.** |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Other deductions (attach schedule)  **SEE STMT 1** | 26 | **121,580.** |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | **391,988.** |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | **45,207.** |
| 29 | Less: a Net operating loss deduction (see instructions) | 29a  45,207 | |
| | b Special deductions (Schedule C, line 20) | 29b | 29c **45,207.** |
| 30 | **Taxable income.** Subtract line 29c from line 28 | 30 | **NONE** |
| 31 | Total tax (Schedule J, line 10) | 31 | **NONE** |
| 32 | Payments: a 1995 overpayment credited to 1996 | 32a | |
| | b 1996 estimated tax payments | 32b | |
| | c Less 1996 refund applied for on Form 4466 | 32c  d Bal ▶ 32d | |
| | e Tax deposited with Form 7004 | 32e | |
| | f Credit from regulated investment companies (attach Form 2439) | 32f | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 32h |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | **NONE** |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount of line 35 you want: Credited to 1997 estimated tax ▶  Refunded ▶ | 36 | |

Sign Here: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
▶ [signature]  Date 10-15-97  Title President

Paid Preparer's Use Only:
Preparer's signature ▶ [signature]  Date 9/5/97  Check if self-employed ☐  Preparer's social security number **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**
Firm's name (or yours if self-employed) and address ▶ **ARTHUR ANDERSEN LLP**  **120 E. BALTIMORE STREET**  **BALTIMORE, MD**  EIN ▶ **36-0732690**  ZIP code ▶ **21202**

JX6  F 10/24/96


EXHIBIT 3

SEP 15 '97 14:40  FROM ARTHUR ANDERSEN                                           PAGE.006

Form 1120 (1996)  CHEF GARCIA, C.                                   54-1285691  Page 2

### Schedule A  Cost of Goods Sold (See instructions.)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 494,818. |
| 2 | Purchases | 1,131,929. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | Total. Add lines 1 through 5 | 1,626,747. |
| 7 | Inventory at end of year | 608,535. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 1,018,212. |

9a  Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶
 b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .......... 9d
 e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .......... ☐ Yes ☐ No
 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation .......... ☒ Yes ☐ No

### Schedule C  Dividends and Special Deductions (See instructions.)

| | | (a) Dividends received | (b) % | (c) Special deductions: (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

### Schedule E  Compensation of Officers (See instructions.)

Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| 2 | Total compensation of officers | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | |

JXB    F 10/24/96

SEP 15 '97 1:41  FROM ARTHUR ANDERSEN                                PAGE.007

Name: CHEF GARCIA, IN                                                54-1285691  Page 3

### Schedule J — Tax Computation (See instructions.)

1. Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
   **Important:** Members of a controlled group, see instructions.
2a. If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
   (1) $ _____   (2) $ _____   (3) $ _____
  b. Enter the corporation's share of:
   (1) Additional 5% tax (not more than $11,750)   $ _____
   (2) Additional 3% tax (not more than $100,000)  $ _____
3. Income tax. Check this box if the corporation is a qualified personal service corporation as defined in section 448(d)(2) (see instructions) ▶ ☐ ............ 3  NONE
4a. Foreign tax credit (attach Form 1118) .......... 4a
  b. Possessions tax credit (attach Form 5735) ..... 4b
  c. Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) ... 4c
  d. General business credit. Enter here and check which forms are attached:
     ☐ 3800  ☐ 3468  ☐ 5884  ☐ 6478  ☐ 6765  ☐ 8586  ☐ 8830
     ☐ 8826  ☐ 8835  ☐ 8844  ☐ 8845  ☐ 8846  ☐ 8820  ☐ 8847  ... 4d
  e. Credit for prior year minimum tax (attach Form 8827) ... 4e
5. Total credits. Add lines 4a through 4e ............ 5
6. Subtract line 5 from line 3 ....................... 6  NONE
7. Personal holding company tax (attach Schedule PH (Form 1120)) ... 7
8. Recapture taxes. Check if from: ☐ Form 4255  ☐ Form 8611 ... 8
9. Alternative minimum tax (attach Form 4626) ........ 9
10. Total tax. Add lines 6 through 9. Enter here and on line 31, page 1 ... 10  NONE

### Schedule K — Other Information (See instructions.)

1. Check method of accounting:  a ☐ Cash  b ☒ Accrual       Yes No
   c ☐ Other (specify) ▶ _____
2. See the instructions and state the principal:
   a. Business activity code no. ▶ 2040
   b. Business activity ▶ FOOD PRODUCTION
   c. Product or service ▶ MEXICAN FOOD
3. Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) ..... X
   If "Yes," attach a schedule showing (a) name and identifying number, (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. STMT 2
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ..... X
   If "Yes," enter employer identification number and name of the parent corporation. ▶
5. Did any individual, partnership, corporation, estate or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ..... X
   If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ SEE STMT 3
6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316.) ..... X
   If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7. Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) ..... X
   If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶
8. At any time during the 1996 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? ..... X
   If "Yes," the corporation may have to file Form TD F 90-22.1. If "Yes," enter name of foreign country ▶
9. During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? ..... X
   If "Yes," see instructions for other forms the corporation may have to file.
10. Did one foreign person at any time during the tax year own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? If "Yes," ..... X
   a. Enter percentage owned ▶
   b. Enter owner's country ▶
   c. The corporation may have to file Form 5472. Enter number of Forms 5472 attached ▶
11. Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
    If so, the corporation may have to file Form 8281.
12. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $
13. If there were 35 or fewer shareholders at the end of the tax year, enter the number ▶
14. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐
15. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $1,824,587

JXB  F 10/25/96

SEP 15 '97 1:42 FROM ARTHUR ANDERSEN                                    PAGE.008

Form 1120 (1996)   CHEF GARCIA, C.                                         54-1285691   Page 4

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1  Cash | | 65,841. | | 89,932. |
| 2a Trade notes and accounts receivable | 388,174. | | 326,344. | |
| b  Less allowance for bad debts | 78,337. | 309,837. | 3,432. | 322,912. |
| 3  Inventories | | 494,818. | | 608,535. |
| 4  U.S. government obligations | | | | |
| 5  Tax-exempt securities (see instructions) | | | | |
| 6  Other current assets (attach schedule) SEE STMT | | 210,996. | | 223,864. |
| 7  Loans to stockholders | | | | |
| 8  Mortgage and real estate loans | | | | |
| 9  Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 2,083,932. | | 2,159,098. | |
| b  Less accumulated depreciation | 1,379,860. | 704,072. | 1,471,249. | 687,849. |
| 11a Depletable assets | | | | |
| b  Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b  Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) SEE STMT | | 49,986. | | 49,985. |
| 15 Total assets | | 1,835,550. | | 1,983,077. |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts payable | | 512,535. | | 626,618. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 195,456. | | 292,776. |
| 18 Other current liabilities (attach schedule) SEE STMT | | 392,356. | | 327,165. |
| 19 Loans from stockholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) SEE STMT | | 757,068. | | 610,997. |
| 22 Capital stock: a Preferred stock | 1,970,627. | | 2,072,804. | |
| b Common stock | 1,100. | 1,971,727. | 1,100. | 2,073,904. |
| 23 Paid-in or capital surplus | | 64,874. | | 64,876. |
| 24 Retained earnings — Appropriated (attach sch) | | | | |
| 25 Retained earnings — Unappropriated | | -2058,466. | | -2013,259. |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity | | 1,835,550. | | 1,983,077. |

Note: You are not required to complete Schedules M-1 and M-2 below if the total assets on line 15, column (d) of Schedule L are less than $25,000.

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See instructions.)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 45,207. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| 2 Federal income tax | | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation  $ _____ | | |
| a Depreciation $ _____ | | b Contributions carryover $ _____ | | |
| b Contributions carryover $ _____ | | | | |
| c Travel and entertainment $ _____ | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 45,207. | 10 Income (line 28, page 1) — line 6 less line 9 | | 45,207. |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -2058,466. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | 45,207. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -2013,259. | 8 Balance at end of year (line 4 less line 7) | | -2013,259. |

JXB    F 10/25/96