SEP 15 '97 1:43 FROM ARTHUR ANDERSEN                                      PAGE.009

| Form **851** (Rev. September 1994) Department of the Treasury Internal Revenue Service | Affiliations Schedule ▶ File with each consolidated income tax return Tax year ending 12/31, 1996 | OMB No. 1545-0025 |
|---|---|---|
| Common parent corporation<br>CHEF GARCIA, INC. | | Employer identification number<br>APPLIED FOR |
| Number, street, and room or suite no. (If a P.O. box, see instructions.)<br>7608-F FULLERTON ROAD | | |
| City or town, state, and ZIP code<br>SPRINGFIELD, VA 22153 | | |

### Part I  Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Portion of Form 7004 tax deposits | Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| | Common parent corporation: Chef Garcia, Inc. | | | |
| | Subsidiary corporations: | | | |
| 2 | JEJ Food Company<br>7608-F Fullerton Road<br>Springfield, VA 22153 | 52-1285691 | | |
| 3 | McWax & Company, Inc.<br>7608-F Fullerton Road<br>Springfield, VA 22153 | 54-1218684 | | |
| | | | | |
| | Totals (Must equal amounts shown on the consolidated tax return) ▶ | | | |

### Part II  Voting Stock Information, Principal Business Activity, Etc. (See instructions.)

| No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? (See instructions.) | | Stock holdings at beginning of year | | | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percent of voting power | Percent of value | |
| | Common parent corporation | | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | JEJ Food Company | 2040 | | X | | 100% | 100% | 1 |
| 3 | McWax & Company | 2040 | | X | | 100% | 100% | 1 |

For Paperwork Reduction Act Notice, see instructions.    09/13/97 09:39 PM                    Form **851** (Rev. 9-94)

SEP-15-'97 1:44 FROM ARTHUR ANDERSEN                                        PAGE.010

Form 851 (Rev. 9-94)                                                              Page 2

### Part III — Changes in Stock Holdings During the Year (See instructions.)

| Corporation | | Stock-holder Corporation No. | Date | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| No. | Name | | | Shares acquired | Shares disposed of | Percent of voting power | Percent of value |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Note: If additional stock was issued or if any stock was retired during the year, show the dates and amounts for these transactions.

If the equitable owners of any capital stock shown above were other than the holders of record, give full details.

09/13/97  09:39 PM

SEP 15 '97 1:44 FROM ARTHUR ANDERSEN                                    PAGE 011

Form 851 (Rev 9-94)                                                                 Page 3

## Part IV — Additional Information (See instructions.)

**1** During the tax year, did the corporation have more than one class of stock outstanding?

| No. | Name | Answer to Question 1 Yes | No | If yes, list and describe each class of stock |
|---|---|---|---|---|
| 2 | JEJ Food Company | | X | |
| 3 | McWax & Company | | X | |

**2** During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation, or was there any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified by Rev. Proc. 91-39, 1991-27 IRB 1.1)?

| No. | Name | Answer to Question 2 Yes | No | If yes, for any part of question 2, list and explain the circumstances |
|---|---|---|---|---|
| 2 | JEJ Food Company | | X | |
| 3 | McWax & Company | | X | |

**3a** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| No. | Name | Answer to Question 3a Yes | No | Item 3b (see instructions) | Item 3c (see instructions) | Item 3d (see instructions) |
|---|---|---|---|---|---|---|
| 2 | JEJ Food Company | | X | % | % | % |
| 3 | McWax & Company | | X | % | % | % |
| | | | | % | % | % |

| No. | Item 3e — Description of arrangements |
|---|---|
| | |

**Please Sign Here** — Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ [signature]  financial officer     ▶ [signature] Title: PRESIDENT

09/13/97 09:39 PM