
EXHIBIT C

# Harvey Rothstein

Page 1

```
1              UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF MARYLAND
3                   NORTHERN DIVISION
4
5   JAIME GARCIA, et al.,         :
6        Plaintiffs,              :
7        v.                       : Case No. B-01-103
8   RONALD D. KIRSTEIN, et al.,   :
9        Defendant.               :
10                                : Pages 1 - 52
11
12
13
14        Deposition of HARVEY ROTHSTEIN
15              Baltimore, Maryland
16           Friday, January 9, 2004
17
18
19                                      COPY
20
21   Reported by:  George W. Tudor, RPR
```

Esquire Deposition Services

D.C - 1-800-441-3376
MD - 1-800-539-6398

Page 2

1

2

3

4

5                                          January 9, 2004

6                                               2:00 p.m.

7

8

9    Deposition of Harvey Rothstein, held at

10

11        111 South Calvert Street

12        Suite 1400

13        Baltimore, Maryland 21202

14

15   Pursuant to notice, before George W. Tudor, RPR,

16   a Notary Public of the State of Maryland.

17

18

19

20

21

```
1    APPEARANCES:

2

3    Albright, Brown & Goertemiller, LLC

4    David F. Albright, Esq.

5    For the Plaintiffs

6         120 East Baltimore Street

7         Suite 2150

8         Baltimore, Maryland 21202

9         (410) 224-0350

10   BY:  David F. Albright, Esq.

11

12   Niles, Barton & Wilmer, LLP

13   For Defendants Kirstein and Rothstein

14        111 South Calvert Street

15        Suite 1400

16        Baltimore, Maryland 21202

17        (410) 783-6300

18   BY:  Craig D. Roswell, Esq.

19

20

21
```

```
 1    APPEARANCES: (Continued)

 2

 3    Via Telephone:

 4    Salzer, Gurvitch, Rabin & Obecny

 5    For Defendant Habeck

 6         4416 East-West Highway

 7         4th Floor

 8         Bethesda, Maryland 20814

 9         (301) 986-9800

10    BY:  Patrick J. Kearney, Esq.

11

12    PRESENT:  Ronald D. Kirstein

13

14

15

16

17

18

19

20

21
```

# Harvey Rothstein

1     C O N T E N T S

2     EXAMINATION OF HARVEY ROTHSTEIN

3     BY:                                           PAGE

4     MR. ALBRIGHT:                                  5

5

6

7     EXHIBITS      DESCRIPTION                     PAGE

8     No. 16       Letter with attachments           10

9     No. 17       Letter                            22

10    No. 18       Letter                            25

11    No. 19       Letter                            27

12    No. 20       Memo                              29

13    No. 21       Letter                            34

14    No. 22       Letter                            39

15    No. 23       Letter                            41

16    No. 24       Letter                            47

17

18

19

20

21

Harvey Rothstein

Page 6

1          Thereupon,

2                    HARVEY ROTHSTEIN,

3    a Witness, called for oral examination by counsel

4    for the Plaintiff, having been duly sworn by the

5    Notary Public, was examined and testified as

6    follows:

7          EXAMINATION BY COUNSEL FOR THE PLAINTIFF

8    BY MR. ALBRIGHT:

9          Q.   State your name for the record.

10         A.   Harvey Rothstein.

11         Q.   Mr. Rothstein --

12         A.   Yes, sir.

13         Q.   -- are you familiar with the premises

14   at 6441, I think it's General Green Way? These

15   are the facilities that -- I think it's Green

16   Associates are the landlord of?

17         A.   Do you know whether that was the plant

18   or the place where they did the product

19   development?

20         Q.   I do not know. I only know that there

21   is a gentleman that you dealt with named

Page 41

1   Q.   And was that done without consultation
2   with Mr. Garcia?
3   A.   No, I told him to talk to Jim, that I
4   had no problem with it.
5        (Whereupon, letter marked Plaintiff's
6   Deposition Exhibit No. P-23.)
7   BY MR. ALBRIGHT:
8   Q.   I show you P-23.
9   A.   Okay.
10  Q.   Do you recall P-23?
11  A.   Just the part about vaguely remembering
12  that he and Jim were playing stupid, childish
13  games with each other, and this was part of it.
14  Q.   Well, did you make any investigation as
15  to how the account had been disabled?  Assuming
16  that it had been disabled.
17  A.   No, sir.  I don't even know what's true
18  and not true.  I couldn't tell you.
19  Q.   Do you know of anybody that went to
20  Randy McDonald's house while he worked on the
21  computer at night?

Jan-06-98 02:03P Chef Garcia Mexican Foods 703 451-8917    P.01

To:     Harvey Rothstein

From:   Randy McDonald

Date:   January 6, 1998

Re:     None

This morning at approximately 11:00 I attempted to log into the accounting system. My account had been disabled. This is the second time in two weeks this has been done. I think what is happening; Jim is disabling my password at night and enabling it in the morning when he arrives. This morning I think he forgot. At times I do work from home, because I am able to work in peace and quiet without interruptions. I will test this theory this evening. There is no reason why my password should be disabled. I will follow-up with my findings tomorrow.

Jim has asked me to recalculate brokerage fees according to the agreement signed in June of 1993. There has be two agreements since that one was signed. He is claiming since he hasn't signed the agreement it is not valid. This includes the agreement presented to the board last February. He is using a clause to reduce the liability he has to Impact Sales, but he won't recalculate the percentages, which will tilt the scale in Impact Sales favor. I argued this point, also stated the board had approved the brokerage terms superseding the prior agreement. He has told me I was wrong and to recalculate it according to his instructions. I am bringing this to your attention, because if it becomes an issue I would have spoken about it before hand.

I talked to Ian yesterday concerning the help needed to complete the month-end, yearend closing and budget for 1998. I would need someone to help with the clerical part of my task. This is very important and it would take me more time to do the research needed to complete my objectives.

Also this person would help implement better controls, modify policies and type procedures. The estimated time to complete these objectives is about three months. I feel by the end of the first quarter (with Ian's help) we would have the necessary controls put in place that will turn this company around.



Jan-06-98 02:03P Chef Garcia Mexican Foods 703 451-8917       P.02
k2Sk2S

FIRST MARYLAND

Balance Summary

Reported As of 05JAN98

Printed 06JAN98 08:38 -- Page 1

| S | ONE DAY FLOAT | CLOSING LEDGER 2 PLUS DAYS FLT | CLOSING COLLECT | TOTAL CREDITS | TOTAL DEBIT |
|---|---|---|---|---|---|

------------------------------------------------------------- Bank: 052000113 -----

19123297

| Operating | 2,085.45 | 33,920.40 16,495.71 | 15,339.24 | 14,406.94 | 5,306.59 |

19123300

| Payroll | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 |

Bank Totals

| | 2,085.45 | 33,920.40 16,495.71 | 15,339.24 | 14,406.94 | 5,306.59 |

k0S

Jan-06-98 02:03P Chef Garcia Mexican Foods 703 451-8917                P.03

```
                                                            FIRST MARYLAND

                                                         Transaction Statement
                                                         Reported As of 05JAN98
                                                         Printed 06JAN98 08:38 -- Page
1


Bank:  052000113        19123297 - Operating


                                                              ** Credits **
-----------------  ----------------  -------------------   ------------------------
Credit Amount      Description       Serial Number            Reference
-----------------  ----------------  -------------------   ------------------------
   14,406.94       DEPOSIT           00000000000              018894490
-----------------

   14,406.94       1 Credits Printed


                                                              ** Debits **
-----------------  ----------------  -------------------   ------------------------
Debit Amount       Description       Serial Number            Reference
-----------------  ----------------  -------------------   ------------------------
    5,184.20       CHECK             00000000086              014336957
       86.16       CHECK             00000096441              014221896
       36.23       CHECK             00000000089              014299695
-----------------

    5,306.59       3 Debits Printed
```

```
.Jan-06-98 02:04P Chef Garcia Mexican Foods 703 451-8917           P.04
Bank: 052000113      19123300 - Payroll


                                                      *** No data for account ***


kOS
```