

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
### Bankruptcy Petition #: 98-16522-MVB

*Assigned to:* Martin V.B. Bostetter Jr.
Chapter 11
Previous chapter 11
Voluntary
Asset

*Date Filed:* 09/03/1998
*Date Terminated:* 03/23/1999
*Date Dismissed:* 03/02/1999

**Chef Garcia Foods, Inc.**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153
Tax id: 54-1285691
*Debtor*
*AKA*
**The Jej Food Company, Inc.**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153
*AKA*
**Tortilla Maya**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153
*AKA*
**Tortilla Maya and Mexican Imports**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153
*AKA*
**Chef Garcia Mexican Foods, Inc.**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153
*AKA*
**Jej Food Company**
7608 A-F FULLERTON ROAD
SPRINGFIELD, VA 22153

represented by **Stephen E. Leach**
Leach Travell, a professional corp.
1921 Gallows Road
Suite 425
Vienna, VA 22182
703-448-5652
Fax : 703-448-5651
Email: sleach@leachtravell.com

| Filing Date | # | Docket Text |
|---|---|---|
| 09/03/1998 | 1 | VOLUNTARY petition under chapter 11 , [CEP], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 09/04/1998) |
| 09/03/1998 | 2 | SCHEDULES & statement of financial affairs due by 09/18/98 [Complied], [CEP], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 09/04/1998) |
| 09/03/1998 | 3 | LIST of equity security holders due due by 09/18/98, [CEP], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 09/04/1998) |

| | | |
|---|---|---|
| 09/04/1998 | 4 | Emergency Motion for Authority to pay Pre-Petition accrued wages, benefits, payroll taxes, and related expenses. [Disposed], [CEP], ORIGINAL NIBS DOCKET ENTRY #4 |
| 09/04/1998 | 5 | REQUEST for hearing Re: Item # 4 [Disposed], [CEP], ORIGINAL NIBS DOCKET ENTRY #5 |
| 09/04/1998 | 6 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N], [CEP], ORIGINAL NIBS DOCKET ENTRY #6 |
| 09/04/1998 | 7 | MOTION and notice to use cash collateral by EMERGENCY MOTION [Disposed], [CEP], ORIGINAL NIBS DOCKET ENTRY #7 |
| 09/04/1998 | 8 | REQUEST for hearing Re: Item # 7 [Disposed], [CEP], ORIGINAL NIBS DOCKET ENTRY #8 |
| 09/04/1998 | 9 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N], [CEP], ORIGINAL NIBS DOCKET ENTRY #9 |
| 09/04/1998 | 17 | ATTORNEY'S fee disclosure, [CEW], ORIGINAL NIBS DOCKET ENTRY #16 (Entered: 09/10/1998) |
| 09/04/1998 | 18 | APPLICATION to employ attorney for debtor [Stephen Leach for Tucker, Flyer & Lewis]. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #17 (Entered: 09/10/1998) |
| 09/04/1998 | 19 | AFFIDAVIT of Stephen E. Leach. Re: Item # 18, [CEW], ORIGINAL NIBS DOCKET ENTRY #18 (Entered: 09/10/1998) |
| 09/08/1998 | 10 | ORDER granting expedited hearing on Chef Garcia Food's Motion for Authority to Pay Pre-Petition Accrued Wages, Benefits, Payroll Taxes & Related Expenses. Hearing scheduled for 09/08/98 @ 9:30 a.m. Re: Item # 5, [CEW], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 09/09/1998) |
| 09/08/1998 | 11 | ORDER granting expedited hearing on Chef Garcia Food's Motion for Approval of Order Authorizing Emergency Interim Use of Cash Collateral. Hearing scheduled 09/08/98 @ 9:30 a.m. Re: Item # 8, [CEW], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 09/09/1998) |
| 09/08/1998 | 12 | HEARING held CT: GRANTED - ORDERS SIGNED IN O/C. Re: Item # 10, [CEW], ORIGINAL NIBS DOCKET ENTRY #12A (Entered: 09/09/1998) |
| 09/08/1998 | 13 | HEARING held CT: GRANTED - ORDERS SIGNED IN O/C. Re: Item # 11, [CEW], ORIGINAL NIBS DOCKET ENTRY #12B (Entered: 09/09/1998) |

| | | |
|---|---|---|
| 09/08/1998 | 14 | ORDER approving Payment of Accrued Wages, Benefits, Payroll Taxes and Related Expenses. Re: Item # 4, [CEW], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 09/09/1998) |
| 09/08/1998 | 15 | ORDER approving Emergency Interim Use of Cash Collateral. Re: Item # 7, [CEW], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 09/09/1998) |
| 09/09/1998 | 16 | NOTICE of appearance for Green Associates Limited Partnership , [CEP], ORIGINAL NIBS DOCKET ENTRY #15 |
| 09/11/1998 | 20 | NOTICE of 341 meeting on 10/13/98 at 3:00 p.m. at US Trustee's Office, 115 S. Union St., Rm 208, Alexandria, 22314, [ZZZ], ORIGINAL NIBS DOCKET ENTRY #19 (Entered: 09/12/1998) |
| 09/11/1998 | 21 | NOTICE of claims bar date , [ZZZ], ORIGINAL NIBS DOCKET ENTRY #20 (Entered: 09/12/1998) |
| 09/11/1998 | 23 | MOTION and notice for Leave to Reject Lease of Commerical Real Estate Located at 6441 General Green Way, Alexandria, VA [No Notice filed]. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #22 (Entered: 09/14/1998) |
| 09/11/1998 | 24 | MEMORANDUM in support Re: Item # 23, [CEW], ORIGINAL NIBS DOCKET ENTRY #23 (Entered: 09/14/1998) |
| 09/14/1998 | 22 | NOTICE of 341 meeting on 10/13/98 at 3:00 p.m. at the U.S. Trustee's Office, 115 South Union St., Suite 206, Alexandria, Virginia., [CEW], ORIGINAL NIBS DOCKET ENTRY #21 |
| 09/14/1998 | 25 | NOTICE of hearing on 10/06/98 at 11:00 a.m. at U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314 Re: Item # 23, [CEW], ORIGINAL NIBS DOCKET ENTRY #24 (Entered: 09/15/1998) |
| 09/16/1998 | 26 | NOTICE of appearance of Scott A. Stengel as counsel for Leisure Craft, Inc., [CEW], ORIGINAL NIBS DOCKET ENTRY #25 (Entered: 09/17/1998) |
| 09/17/1998 | 27 | MOTION and notice to Modify Initial Order Authorizing Emergency Interim Use Of Cash Collateral [Consent] [No Notice filed]. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #26 |
| 09/17/1998 | 28 | MEMORANDUM in support Re: Item # 27, [CEW], ORIGINAL NIBS DOCKET ENTRY #27 |
| 09/17/1998 | 29 | MOTION and notice to expedite hearing by debtor [No Notice filed]. Re: |

| | | |
|---|---|---|
| | | Item # 27 [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #28 |
| 09/17/1998 | 30 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N] [N] Certification of Need for Expedited Hearing with Respect to Debtor's Consent Motion to Modify Initial Order Authorizing Emergency Interim Use of Cash Collateral. Re: Item # 27, [CEW], ORIGINAL NIBS DOCKET ENTRY #29 |
| 09/17/1998 | 31 | MOTION and notice to extend time to file lists, schedules and/or statements [No Notice filed]. Re: Item # 2, [CEW], ORIGINAL NIBS DOCKET ENTRY #30 |
| 09/17/1998 | 32 | MOTION to condition rights of debtor in possession [Consent]., [CEW], ORIGINAL NIBS DOCKET ENTRY #31 |
| 09/18/1998 | 33 | NOTICE of hearing on 09/22/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 27, [CEW], ORIGINAL NIBS DOCKET ENTRY #32 |
| 09/21/1998 | 34 | ORDER granting request for expedited hearing on Consent Motion to Modify Initial Order Authorizing Interim Use of Cash Collateral. Re: Item # 29, [CEW], ORIGINAL NIBS DOCKET ENTRY #33 |
| 09/22/1998 | 35 | ORDER conditioning rights of debtor in possession [Consent]. Re: Item # 32, [CEW], ORIGINAL NIBS DOCKET ENTRY #34 |
| 09/22/1998 | 36 | HEARING held CT: granted - order signed in O/C. Re: Item # 27, [CEW], ORIGINAL NIBS DOCKET ENTRY #35 |
| 09/22/1998 | 37 | ORDER Modifying Order Authorizing Emergency Interim Use of Cash Collateral. Re: Item # 27, [CEW], ORIGINAL NIBS DOCKET ENTRY #36 |
| 09/22/1998 | 38 | MOTION and notice For Approval of Agreement Extending Debtor's Use of Cash Collateral [Consent] [No Notice filed]. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #37 |
| 09/22/1998 | 39 | MOTION and notice to expedite hearing by Debtor [No Notice filed]. Re: Item # 38 [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #38 |
| 09/22/1998 | 40 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N] Re: Item # 38, [CEW], ORIGINAL NIBS DOCKET ENTRY #39 |
| 09/22/1998 | 41 | NOTICE of appearance of Mitchell B. Weitzman on behalf of Riggs Bank., [CEW], ORIGINAL NIBS DOCKET ENTRY #40 (Entered: 09/23/1998) |

| | | |
|---|---|---|
| 09/22/1998 | 42 | MOTION and notice in Support of Motion of Debtor for Leave to Reject Lease of Commerical Real Estate Located at 6441 General Green Way, Alexandria, VA, filed by Green Associates Limited Ptnrshp [No notice filed]. Re: Item # 23 [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #41 (Entered: 09/23/1998) |
| 09/23/1998 | 43 | NOTICE of hearing on 09/25/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 38, [CEW], ORIGINAL NIBS DOCKET ENTRY #42 |
| 09/24/1998 | 44 | ORDER extending time; Schedules and Statments. due by 10/05/98 Re: Item # 31 [Complied], [CEW], ORIGINAL NIBS DOCKET ENTRY #43 |
| 09/24/1998 | 45 | NOTICE of appearance of William E. Shmidheiser on behalf of Packaging Services, Inc., [CEW], ORIGINAL NIBS DOCKET ENTRY #44 |
| 09/25/1998 | 46 | NOTICE of appearance of David McC. Estabrook on behalf of Fullerton Lot 2 Associates., [CEW], ORIGINAL NIBS DOCKET ENTRY #45 |
| 09/25/1998 | 47 | ORDER granting Request for Expedited Hearing on Consent Motion for Approval of Agreement Extending Debtor's Use of Cash Collateral. Hearing scheduled 09/25/98 @ 9:30 a.m. Re: Item # 39, [CEW], ORIGINAL NIBS DOCKET ENTRY #46 (Entered: 09/28/1998) |
| 09/25/1998 | 48 | HEARING held CT: Granted - Order signed in O/C. Re: Item # 38, [CEW], ORIGINAL NIBS DOCKET ENTRY #47 (Entered: 09/28/1998) |
| 09/25/1998 | 49 | ORDER approving Agreement Extending Debtor's Use of Cash Collateral [Consent]. Re: Item # 38, [CEW], ORIGINAL NIBS DOCKET ENTRY #48 (Entered: 09/28/1998) |
| 10/05/1998 | 51 | MOTION and notice for Order Under Bankruptcy Code Section 365[d][4] Extending Time for Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #50 (Entered: 10/06/1998) |
| 10/05/1998 | 52 | NOTICE of hearing on 10/27/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 51, [CEW], ORIGINAL NIBS DOCKET ENTRY #51 (Entered: 10/06/1998) |
| 10/05/1998 | 53 | MEMORANDUM in support Re: Item # 51, [CEW], ORIGINAL NIBS DOCKET ENTRY #52 (Entered: 10/06/1998) |
| 10/06/1998 | 50 | SCHEDULES and statement of financial affairs filed Re: Item # 44, [CEW], ORIGINAL NIBS DOCKET ENTRY #49 |

| | | |
|---|---|---|
| 10/06/1998 | 54 | NOTICE Pursuant to Local Rule 3003-1[B] of Claims Scheduled as Disputed, Contingent or Unliquidated, filed by debtor-in-possession., [CEW], ORIGINAL NIBS DOCKET ENTRY #53 (Entered: 10/07/1998) |
| 10/06/1998 | 55 | HEARING held CT: Granted - Order signed in O/C. Re: Item # 23, [CEW], ORIGINAL NIBS DOCKET ENTRY #54 (Entered: 10/07/1998) |
| 10/06/1998 | 56 | ORDER granting Motion of Chef Garcia Foods, Inc. for Authority to Reject Lease of Commericial Real Estate Located at 6441 General Green Way, Alexandria, Virginia. Re: Item # 23, [CEW], ORIGINAL NIBS DOCKET ENTRY #55 (Entered: 10/07/1998) |
| 10/16/1998 | 57 | Request for Reduction of Rule 4001 Notice Period and Expedited Hearing on Motion for Order [i] Authorizing the Debtor to Enter into a PostPetition Financing Arrangement, [ii] Granting Senior Liens and Superpriority Administrative Expense Status Under Sections 364[c] and 364[d] of the Bankruptcy Code and [iii] Granting Related Relief. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #56 (Entered: 10/18/1998) |
| 10/16/1998 | 58 | MOTION and notice for Order [i] Authorizing the Debtor to Enter into a Postpetition Financing Arrangement, [ii] Granting Senior Liens and Superpriority Administrative Expense Status Under Sections 364[c] and 364[d] of the Bankruptcy Code and [iii] Granting Related Relief., [CEW], ORIGINAL NIBS DOCKET ENTRY #57 (Entered: 10/18/1998) |
| 10/16/1998 | 59 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N] Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #58 (Entered: 10/18/1998) |
| 10/16/1998 | 60 | NOTICE of hearing on 10/27/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #59 (Entered: 10/18/1998) |
| 10/19/1998 | 61 | APPOINTMENT of unsecured creditor's committee , [BJH], ORIGINAL NIBS DOCKET ENTRY #60 |
| 10/19/1998 | 62 | 341 Meeting Concluded., [BJH], ORIGINAL NIBS DOCKET ENTRY #61 |
| 10/19/1998 | 63 | MOTION and notice for Authority to Sell Certain Equipment Pursuant to Bankruptcy code 363[b] and 363[f][2] and to Remit the Proceeds to the First National Bank of Maryland filed by Debtor., [BJH], ORIGINAL NIBS DOCKET ENTRY #62 |
| 10/19/1998 | 64 | MEMORANDUM in support of Motion. Re: Item # 63, [BJH], ORIGINAL NIBS DOCKET ENTRY #63 |

| | | |
|---|---|---|
| 10/19/1998 | 65 | MOTION and notice to expedite hearing by Debtor; and Request for Reduction of Rule 2002 Notice Period [notice filed separately]. Re: Item # 63 [Disposed], [BJH], ORIGINAL NIBS DOCKET ENTRY #64 |
| 10/19/1998 | 66 | NOTICE of Motion. Re: Item # 63, [BJH], ORIGINAL NIBS DOCKET ENTRY #65A |
| 10/19/1998 | 67 | NOTICE of hearing on 10/27/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 63, [BJH], ORIGINAL NIBS DOCKET ENTRY #65B |
| 10/20/1998 | 68 | ORDER Reducing Rule 2002 Notice Period and Granting Request for Expedited Hearing on Motion for Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363[b] and 363[f][2] and to Remit the Proceeds to the First National Bank of Maryland. Re: It em # 65, [CEW], ORIGINAL NIBS DOCKET ENTRY #66 (Entered: 10/21/1998) |
| 10/20/1998 | 69 | ORDER Reducing Rule 4001[d] Notice Period and Granting Request for Expedited Hearing on Motion for Order [i] Authorizing the Debtor to Enter into a Postpetition Financing Arrangement, [ii] Granting Senior Liens and Superpriority Administrative Expense Status Un der Sections 364[c] and 364[d] of the Bankruptcy Code and [iii] Granting Related Relief. Re: Item # 57, [CEW], ORIGINAL NIBS DOCKET ENTRY #67 (Entered: 10/21/1998) |
| 10/20/1998 | 70 | RESPONSE filed by Landlord in Opposition to Debtor's Motion for Order Under Bankruptcy Code Section 365[d][4] Extending Time for Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property. Re: Item # 51, [CEW], ORIGINAL NIBS DOCKET ENTRY #68 (Entered: 10/21/1998) |
| 10/20/1998 | 71 | RESPONSE filed by Landlord in Opposition to Debtor's Motion for Order [i] Authorizing Debtor to Enter into a Postpetition Financing Arrangement, [ii] Granting Senior Liens and Superpriority Administrative Expense Status Under Sections 364[c] and 364[d] of the Bankruptcy Code and [iii] Granting Related Relief. Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #69 (Entered: 10/21/1998) |
| 10/20/1998 | 72 | MEMORANDUM in support of Landlord's Opposition to [1] Debtor's Motion for an Extension of Time to Assume or Reject and [2] Debtor's Motion to Subordinate Administrative Rent ot Superpriority Financing. Re: Item # 71, [CEW], ORIGINAL NIBS DOCKET ENTRY #70 (Entered: 10/21/1998) |
| 10/23/1998 | 73 | MEMORANDUM in support of Points and Authorities in Opposition to Debtor's Motion to Subordinate Administrative Rent to Superpriority Financing [SUPPLEMENTAL]. Re: Item # 71, [CEW], ORIGINAL NIBS DOCKET ENTRY #71 (Entered: 10/26/1998) |

| | | |
|---|---|---|
| 10/27/1998 | 74 | HEARING held CT: Granted - to reject by 12/01. Re: Item # 51, [CEW], ORIGINAL NIBS DOCKET ENTRY #72A (Entered: 10/28/1998) |
| 10/27/1998 | 75 | HEARING held CT: Granted - Order signed in O/C. Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #72B (Entered: 10/28/1998) |
| 10/27/1998 | 76 | HEARING held CT: Granted - Order signed in O/C. Re: Item # 63, [CEW], ORIGINAL NIBS DOCKET ENTRY #72C (Entered: 10/28/1998) |
| 10/27/1998 | 77 | ORDER Extending Time Within Which Debtor May Assume or Reject Unexpired Lease of Nonresidential Real Property. Re: Item # 51, [CEW], ORIGINAL NIBS DOCKET ENTRY #73 (Entered: 10/28/1998) |
| 10/27/1998 | 78 | ORDER Pursuant to Sections 364[c] and 364[d] of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Authorizing Debtor [1] to Obtain Postpetition Financing, [2] Granting Senior Liens and Priority Administrative Expense Status, [3] Modifying the Automatic Stay, and [4] Authorizing Debtor to Enter into Agreements with the First National Bank of Maryland. Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #74 (Entered: 10/28/1998) |
| 10/27/1998 | 79 | ORDER granting Motion for Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363[b] and 363[f][2] and to Remit the Proceeds to The First National Bank of Maryland. Re: Item # 63, [CEW], ORIGINAL NIBS DOCKET ENTRY #75 (Entered: 10/28/1998) |
| 10/27/1998 | 80 | OBJECTION and notice by Creditor to Motion for Order [i] Authorizing the Debtor to Enter into a Postpetition Financing Arrangement, [ii] Granting Senior Liens and Superpriority Administrative Expense Status Under Sections 364[c] and 364[d] of The Bankruptcy Code and [iii] Granting Related Relief [No notice filed]. Re: Item # 58, [CEW], ORIGINAL NIBS DOCKET ENTRY #76 (Entered: 10/28/1998) |
| 10/27/1998 | 81 | MEMORANDUM in support Re: Item # 80, [CEW], ORIGINAL NIBS DOCKET ENTRY #77 (Entered: 10/28/1998) |
| 10/27/1998 | 82 | OBJECTION and notice by Creditor, Jim Garcia, to Motion for Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Sections 363[b] and 363[f][2] and to Remit the Proceeds to The First National Bank of Maryland. Re: Item # 63, [CEW], ORIGINAL NIBS DOCKET ENTRY #78 (Entered: 10/28/1998) |
| 10/27/1998 | 83 | MEMORANDUM in support Re: Item # 82, [CEW], ORIGINAL NIBS DOCKET ENTRY #79 (Entered: 10/28/1998) |
| 10/30/1998 | 84 | NOTICE of appearance of Stephan L. Axelrod as counsel for Hill-Pak, Inc. , [CEW], ORIGINAL NIBS DOCKET ENTRY #80 |

| | | |
|---|---|---|
| 11/05/1998 | 85 | APPLICATION to employ John B. Connor as Counsel for the Unsecured Creditors Committee., [CEW], ORIGINAL NIBS DOCKET ENTRY #81 (Entered: 11/06/1998) |
| 11/05/1998 | 86 | AFFIDAVIT of John B. Connor. Re: Item # 85, [CEW], ORIGINAL NIBS DOCKET ENTRY #82 (Entered: 11/06/1998) |
| 11/06/1998 | 87 | MOTION and notice for Reconsideration of Order Granting Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363[b] and 363[f][2] and to Remit the Proceeds to The First National Bank of Maryland [No Notice filed]. [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #83 (Entered: 11/09/1998) |
| 11/06/1998 | 88 | MEMORANDUM in support Re: Item # 87, [CEW], ORIGINAL NIBS DOCKET ENTRY #84 (Entered: 11/09/1998) |
| 11/06/1998 | 91 | NOTICE of hearing on 12/01/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 87, [CEW], ORIGINAL NIBS DOCKET ENTRY #87 (Entered: 11/10/1998) |
| 11/09/1998 | 89 | MOTION and notice to expedite hearing by [NO NOTICE FILED] Re: Item # 87, [TSS], ORIGINAL NIBS DOCKET ENTRY #85 |
| 11/09/1998 | 90 | CERTIFICATION re expedited hearing pursuant to LBR 9013-1[N] Re: Item # 89, [TSS], ORIGINAL NIBS DOCKET ENTRY #86 |
| 11/12/1998 | 92 | OBJECTION and notice by Debtor, to the Motion of Jaime Garcia for Reconsideration of Order Granting Authority to Sell Certain Equipment [No Notice filed]. Re: Item # 87 [Disposed], [CEW], ORIGINAL NIBS DOCKET ENTRY #88 |
| 11/13/1998 | 93 | HEARING held CT: Denied - Order signed in O/C. Re: Item # 87, [CEW], ORIGINAL NIBS DOCKET ENTRY #89 |
| 11/13/1998 | 94 | ORDER denying Motion for Reconsideration of Jaime Garcia. Re: Item # 87, [CEW], ORIGINAL NIBS DOCKET ENTRY #90 |
| 11/16/1998 | 95 | NOTICE of hearing on 11/13/98 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 91, [CEW], ORIGINAL NIBS DOCKET ENTRY #91 (Entered: 11/17/1998) |
| 12/01/1998 | 96 | ORDER Authorizing Employment of Attorney for Debtor Under General Retainer. Re: Item # 18, [CEW], ORIGINAL NIBS DOCKET ENTRY #92 (Entered: 12/02/1998) |

| | | |
|---|---|---|
| 12/11/1998 | 97 | MOTION and notice to extend time by DEBTOR FOR EXCLUSIVE PREIODS IN WHICH TO FILE PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES, [TSS], ORIGINAL NIBS DOCKET ENTRY #93 (Entered: 12/14/1998) |
| 12/21/1998 | 98 | APPLICATION to employ Auctioneer by Debtor [Disposed], [MMD], ORIGINAL NIBS DOCKET ENTRY #94 (Entered: 12/22/1998) |
| 12/21/1998 | 99 | NOTICE of hearing on 01/12/99 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 98, [MMD], ORIGINAL NIBS DOCKET ENTRY #95 (Entered: 12/22/1998) |
| 12/23/1998 | 100 | MOTION and notice to sell by BY DEBTOR EQUIPMENT, FURNITURE AND INTELLECTUAL PROPERTY, FREE AND CLEAR OF LIENS AND ENCUMBRANCES BY PUBLIC AUCTION AND TO REMIT PROCEEDS TO SECURED CREDITORS [Disposed], [TSS], ORIGINAL NIBS DOCKET ENTRY #96 |
| 12/23/1998 | 101 | NOTICE of hearing on 01/12/99 at 9:30 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 100, [TSS], ORIGINAL NIBS DOCKET ENTRY #97 |
| 12/23/1998 | 102 | MEMORANDUM in support Re: Item # 100, [TSS], ORIGINAL NIBS DOCKET ENTRY #98 |
| 12/31/1998 | 103 | NOTICE of hearing on 01/19/99 at 11:00 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 97, [CEW], ORIGINAL NIBS DOCKET ENTRY #99 |
| 01/04/1999 | 104 | OBJECTION and notice by FAIRFAX COUNTY, VA [NO NOTICE FILED] Re: Item # 100, [TSS], ORIGINAL NIBS DOCKET ENTRY #100 |
| 01/04/1999 | 105 | RESPONSE filed BY RIGGS BANK, N.A. AND RIGGS NATIONAL BANK Re: Item # 100, [TSS], ORIGINAL NIBS DOCKET ENTRY #101 |
| 01/11/1999 | 106 | RESPONSE filed BY CHEF GARCIA FOODS Re: Item # 104, [TSS], ORIGINAL NIBS DOCKET ENTRY #102 |
| 01/12/1999 | 107 | HEARING held COURT: granted - order signed in open court. Re: Item # 98, [MSJ], ORIGINAL NIBS DOCKET ENTRY #103 |
| 01/12/1999 | 108 | HEARING held COURT: approved as stated on the record. Order to be presented. Re: Item # 100, [MSJ], ORIGINAL NIBS DOCKET ENTRY #103A |

| | | |
|---|---|---|
| 01/12/1999 | 109 | ORDER granting Re: Item # 98, [MSJ], ORIGINAL NIBS DOCKET ENTRY #104 |
| 01/19/1999 | 110 | HEARING held CT: GRANTED - ORDER SIGNED IN OPEN COURT Re: Item # 97, [TSS], ORIGINAL NIBS DOCKET ENTRY #105 (Entered: 01/21/1999) |
| 01/19/1999 | 111 | ORDER extending time; OF EXCLUSIVE PERIODS IN WHICH DEBTOR MAY FILE PLAN OF REORGANIZATION [MARCH 5,1999] AND SOLICIT ACCEPTANCES THERETO [MAY 4, 1999] due by 03/05/99 Re: Item # 97, [TSS], ORIGINAL NIBS DOCKET ENTRY #106 (Entered: 01/21/1999) |
| 01/25/1999 | 112 | ORDER granting DEBTOR'S MOTION FOR AUTHORITY TO SELL BY PUBLIC AUCTION EQUIPMENT, FURNITURE, AND INTELLECTUAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES, AND TO REMIT PROCEEDS TO SECURED CAREDITORS Re: Item # 100, [TSS], ORIGINAL NIBS DOCKET ENTRY #107 (Entered: 01/26/1999) |
| 02/10/1999 | 113 | MOTION and notice to dismiss by debtor [Disposed], [TSS], ORIGINAL NIBS DOCKET ENTRY #108 (Entered: 02/16/1999) |
| 02/10/1999 | 114 | MEMORANDUM in support Re: Item # 113, [TSS], ORIGINAL NIBS DOCKET ENTRY #109 (Entered: 02/16/1999) |
| 02/10/1999 | 115 | NOTICE of hearing on 03/02/99 at 11:00 a.m. at U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314 Re: Item # 113, [TSS], ORIGINAL NIBS DOCKET ENTRY #110 (Entered: 02/16/1999) |
| 03/02/1999 | 116 | HEARING held CT: N/A DEBTORS - MOTION GRANTED - ORDER SIGNED IN OPEN COURT Re: Item # 113, [TSS], ORIGINAL NIBS DOCKET ENTRY #111 (Entered: 03/05/1999) |
| 03/02/1999 | 117 | ORDER dismissing case Re: Item # 113, [TSS], ORIGINAL NIBS DOCKET ENTRY #112 (Entered: 03/05/1999) |
| 03/07/1999 | 118 | NOTICE of dismissal of Case Re: Item # 117, [ZZZ], ORIGINAL NIBS DOCKET ENTRY #113 (Entered: 03/10/1999) |
| 03/23/1999 | 119 | ORDER to close case , [TSS], ORIGINAL NIBS DOCKET ENTRY #114 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/30/2004 12:44:46 | | | |
| PACER Login: | pk0235 | Client Code: | 8010-18 |
| Description: | Docket Report | Case Number: | 98-16522-MVB |
| Billable Pages: | 6 | Cost: | 0.42 |