UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JAIME GARCIA, et ux.** | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Civil No. BEL 01 CV 0103 |
| | : | |
| **RONALD D. KIRSTIEN, et al.** | : | |
| | : | |
| Defendants | : | |

## ORDER GRANTING DEFENDANT RANDY HABECK'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of defendant, Randy Habeck's Motion for Summary Judgment and Plaintiffs' opposition thereto, it is this _____ day of _____, 2004:

ORDERED, that the Motion for Summary Judgment be and the same is hereby GRANTED; and it is further

ORDERED, that judgment be and the same is hereby entered in favor of Randy Habeck and against Jamie Garcia and Elvria Garcia.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patrick J. Kearney , Esquire
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Fourth Floor
Bethesda, Maryland  20814

David F. Albright, Esquire
Albright & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202

Craig D. Roswell, Esquire
Niles, Barton & Wilmer
111 S. Calvert Street, Suite 1400
Baltimore, Maryland  21202.