JEJ FOOD COMPANY, INC.

FINANCIAL STATEMENTS

FOR THE YEAR ENDING

DECEMBER 31, 1992



## THOMAS N. SOUTHARD
### CERTIFIED PUBLIC ACCOUNTANT

MEMBER
American Institute of
Certified Public Accountants

708 Pendleton Street
Alexandria, Virginia 22314
Phone (703) 684-4704
Fax (703) 684-4705

MEMBER
Virginia Society of
Certified Public Accountants

February 5, 1993

To The Board of Directors
JEJ Food Company, Inc.
Springfield, Virginia 22153

I have reviewed the accompanying balance sheet of JEJ Food Company, Inc., as of December 31, 1992, and the related statements of income, retained earnings and cash flows for the year then ended, in accordance with standards established by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of JEJ Food Company, Inc.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an examination in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, I do not express such an opinion.

Based on my review, I am not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

*Thomas N. Southard*

JEJ FOOD COMPANY, INC.
BALANCE SHEET
AS OF DECEMBER 31, 1992

### ASSETS

**CURRENT ASSETS**

| | | |
|---|---:|---:|
| Cash | $ 4,876 | |
| Note Receivable | 83,644 | |
| Accounts Receivable | 405,134 | |
| Tax Refunds Receivable | 12,713 | |
| Inventory | 420,415 | |
| Prepaid Expenses | 14,317 | |
| TOTAL CURRENT ASSETS | | $ 941,099 |

**FIXED ASSETS**

| | | |
|---|---:|---:|
| Furniture & Fixtures | 3,421 | |
| Manufacturing/Warehouse Equipment | 1,455,729 | |
| Office/Other Equipment | 32,329 | |
| Vehicles | 71,674 | |
| Leasehold Improvements | 186,420 | |
| Accumulated Depreciation | (936,190) | |
| TOTAL FIXED ASSETS | | 813,383 |

**OTHER ASSETS**

| | | |
|---|---:|---:|
| Deposits | 21,287 | |
| Organization Costs | 4,219 | |
| Startup Costs | 16,664 | |
| Accumulated Amortization | (20,445) | |
| TOTAL OTHER ASSETS | | 21,725 |

| | |
|---|---:|
| TOTAL ASSETS | $ 1,776,207 |

SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.
BALANCE SHEET
AS OF DECEMBER 31, 1992

## LIABILITIES & EQUITY

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| Accounts Payable | $ 595,856 | |
| State Income Tax Payable | 173 | |
| Accrued Expenses | 9,565 | |
| Wages Payable | 39,924 | |
| Payroll Taxes Payable | 11,848 | |
| Current-Portion Long-Term Debt | 487,675 | |
| TOTAL CURRENT LIABILITIES | | $ 1,145,041 |

*(handwritten: 12021)*

LONG-TERM LIABILITIES

| | | |
|---|---:|---:|
| Notes Payable | 1,179,102 | |
| Due to Officers | 20,000 | |
| Less: Current-Portion Long-Term Debt | (487,675) | |
| TOTAL LONG-TERM LIABILITIES | | 711,427 |
| TOTAL LIABILITIES | | $ 1,856,468 |

EQUITY

| | | |
|---|---:|---:|
| Common Stock | 1,000 | |
| Paid-in Capital | 59,876 | |
| Retained Earnings | 49,429 | |
| Current Earnings | (190,566) | |
| TOTAL EQUITY | | (80,261) |
| TOTAL LIABILITIES & EQUITY | | $ 1,776,207 |

SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.
INCOME STATEMENT
FOR THE YEAR ENDED DECEMBER 31, 1992

SALES
------
Sales                                              $   6,141,741

COST OF GOODS SOLD
------------------
Purchases                        $ 2,487,888
Freight                               15,396
Direct Labor                       1,056,858
Direct Labor Payroll Taxes            95,900
                                 -----------
    TOTAL COST OF GOODS SOLD                           3,656,042

        GROSS PROFIT                               $   2,485,699

GENERAL AND ADMINISTRATIVE EXPENSES
-----------------------------------
Advertising                                                1,683
Amortization                                                 144
Auto & Truck Expenses                                    108,253
Bank Charges                                               1,289
Commissions-Office Employees                              56,173
Commissions-Brokers                                      106,498
Consultant Fees                                           17,728
Contract Labor/Temps                                      17,943
Donations                                                    889
Dues & Subscriptions                                       1,701
Entertainment & Meals                                      2,627
Equipment Rentals                                         13,209
Fringe Benefits                                           16,288
Insurance                                                 73,713
Interest Expense                                         171,645
Kitchen Privileges Fees                                  180,089
Legal & Accounting                                        92,493
Licenses & Fees                                            3,352
Miscellaneous Expense                                      6,259
Payroll Taxes                                             63,933
Penalties                                                    872
Personal Property Taxes                                   19,700
Postage                                                   13,955
Professional Services                                     51,643
Recruitment                                                  912
Rent                                                     177,084
Repairs & Maintenance                                    165,779
Salaries (except officers)                               463,647
Shows & Demos                                              8,746
Slotting Allowances                                        4,500
Supplies                                                  78,034
Telephone                                                 29,999
Travel Expense                                            25,060
Truck Rentals                                            155,120
Utilities                                                137,706
                                                      ----------
    TOTAL GENERAL AND ADMINISTRATIVE EXPENSES          2,268,666

        SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.
INCOME STATEMENT
FOR THE YEAR ENDED DECEMBER 31, 1992

| | | | |
|---|---:|---:|---:|
| OPERATING INCOME BEFORE DEPRECIATION AND OFFICERS' SALARIES | | | $ 217,033 |
| Depreciation Expense | $ | 258,821 | |
| Officers' Salaries | | 174,873 | |
| TOTAL | | | 433,694 |
| NET OPERATING INCOME | | | (216,661) |

OTHER INCOME AND EXPENSES

| | | |
|---|---:|---:|
| Vending Machine Income | 9,260 | |
| Vending Machine Costs | (12,706) | |
| Interest Income | 5,696 | |
| Income Tax Refunds Rec. | 11,924 | |
| Accts Rec Recovery (previous write-off) | 2,989 | |
| Miscellaneous Income | 19,277 | |
| Gain on Sale of Asset | 3,822 | |
| Loss on Disposals of Assets | (13,767) | |
| TOTAL MISCELLANEOUS INCOME | | 26,495 |
| NET INCOME BEFORE INCOME TAXES | | (190,166) |
| State Corporate Income Tax | 400 | |
| TOTAL INCOME TAXES | | 400 |
| NET INCOME | | $ (190,566) |

SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.
STATEMENT OF RETAINED EARNINGS
AS OF DECEMBER 31, 1992

| | |
|---|---:|
| Beginning Retained Earnings as of December 31, 1991 | $ 49,429 |
| Current loss for the year ended December 31, 1992 | (190,566) |
| Ending Retained Earnings as of December 31, 1992 | $ (141,137) |

SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.
STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED DECEMBER 31, 1992

CASH FLOWS FROM OPERATING ACTIVITIES

    Net Income      $ (190,566)

    Adjustments for non-cash items
        Depreciation and Amortization      258,965
        Loss on Assets Disposed of (not sold)      13,767
        Gain on Sale of Vehicle      (3,822)

    Adjustments to reconcile net income to
    net cash provided by operating activities:

        Increase in Accounts Receivable      (129,255)
        Increase in Inventories      (32,751)
        Increase in Prepaid Expenses      (12,865)
        Decrease in Deposits      5,225
        Decrease in Accounts Payable      (51,972)
        Increase in Taxes Payable      4,542
        Increase in Accrued Expenses      9,565
        Increase in Wages Payable      39,924

        NET CASH USED BY OPERATING ACTIVITIES      (89,243)

CASH FLOWS FROM INVESTING ACTIVITIES

    Repayment of Note Receivable      27,784
    Purchases of Office Equipment      (19,986)
    Purchases of Mfg/Warehouse Equipment      (70,217)
    Purchases of Vehicles      (16,339)
    Sale of Vehicles      4,500

        NET CASH USED BY INVESTING ACTIVITIES      (74,258)

CASH FLOWS FROM FINANCING ACTIVITIES

    Proceeds from Long-Term Debt      477,343
    Repayment of Long-Term Debt      (392,781)
    Proceeds from Loans from Officers      20,000

        NET CASH PROVIDED BY FINANCING ACTIVITIES      104,562

        NET DECREASE IN CASH      (58,939)

    CASH AT BEGINNING OF YEAR      63,815

CASH AT DECEMBER 31, 1992      4,876

SEE ACCOUNTANT'S REVIEW REPORT AND ACCOMPANYING NOTES

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

NOTE A - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of JEJ Food Company, Inc., (the Company) is presented to assist in understanding the Company's financial statements. The financial statements and notes are representations of the Company's management who is responsible for their integrity and objectivity. These accounting policies conform to generally accepted accounting principles and have been consistently applied in the preparation of the financial statements.

Organization and Purpose

JEJ Food Company, Inc., (the Company) was incorporated under the laws of the State of Virginia on May 14, 1984, to engage in the production, selling and distribution of food products.

Inventories

Inventories are valued at average cost (see Note B).

Property and Equipment

Property and equipment are recorded at cost. Depreciation is computed using the modified accelerated cost recovery system and the accelerated cost recovery system. Expenditures for major renewals and betterments that extend the useful lives of property and equipment are capitalized. Expenditures for maintenance and repairs are charged to expense as incurred.

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

Start-up and organization costs

The costs of organizing and starting the Company were capitalized and have been amortized over sixty to one hundred twenty months.

Income Taxes

The provision for income taxes is for income earned during the current year, at the statutory federal and state income tax rates. There are no deferred income taxes as the tax and financial reporting are on the same basis.

NOTE B - INVENTORIES

Inventories are valued at average cost based on a physical count at the end of the year. The inventory is as follows:

| | |
|---|---:|
| Grocery (wholesale) items | $ 45,175 |
| Raw Materials | 70,346 |
| Packaging | 116,042 |
| Finished Goods-Manufactured | 153,956 |
| Parts | 30,000 |
| Miscellaneous | 4,896 |
| Total Inventory | $ 420,415 |

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

NOTE C - LONG-TERM DEBT

Long-term debt consists of the following:

| | |
|---|---:|
| Note payable (credit line) to First American Bank, interest only at prime plus 1-1/2 percent; full paydown required within each year for 30 consecutive days. Secured by accounts receivable of Company on large local grocery chain. | $ 277,241 |
| Note payable (term loan) to First American Bank, interest at prime plus 2 percent; monthly payments of $ 3,004. This loan was used to consolidate other debt. | 166,102 |
| Note payable to Fullerton Lot 2 for leasehold improvements, interest at 15 percent per annum; monthly payments of $ 1,573. | 68,305 |
| Notes payable to Zuniga, interest only at 12 percent with no fixed term. | 54,450 |
| Various capital leases at various interest rates and due dates. | 613,003 |
| Less current portion | (487,675) |
| Long-term debt | $ 691,427 |

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

Maturities of long-term debt excluding capital leases are as follows:

| Period Ending | Amount |
|---|---|
| December 31, 1993 | $ 310,099 |
| December 31, 1994 | 36,304 |
| December 31, 1995 | 129,387 |
| December 31, 1996 | 14,465 |
| December 31, 1997 | 16,791 |
| Thereafter | 59,053 |
| Total | $ 566,099 |

NOTE D - OPERATING AND CAPITAL LEASES

1.  The Company conducts its operations from a leased facility. The lease expires in 1998, and is classified as an operating lease. The Company may extend the lease for two additional periods of five years, at rents which escalate 5% per year.

    In addition, the Company leases transportation equipment under operating leases expiring in 1995, 1996, and 1997.

    The minimum remaining lease commitments under all operating leases for the next five years are:

| Period Ending | Amount |
|---|---|
| December 31, 1993 | $ 419,346 |
| December 31, 1994 | 429,546 |
| December 31, 1995 | 440,262 |
| December 31, 1996 | 451,506 |
| December 31, 1997 | 451,019 |
| Total | $ 2,191,679 |

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

2. The Company leases manufacturing and other equipment that are classified as capital leases and have been included in the assets and liabilities of the Company. The leases expire in 1993 through 1997 with purchase options of varying amounts. Depreciation is recorded for these capital leases as disclosed previously.

The following is a schedule by years of future minimum lease payments required under capital leases as of December 31, 1992:

| Period Ending | Amount |
|---|---|
| December 31,1993 | $ 177,573 |
| December 31,1994 | 161,727 |
| December 31,1995 | 176,361 |
| December 31,1996 | 91,624 |
| December 31,1997 | 5,718 |
| Total | $ 613,003 |

NOTE E - RELATED PARTY TRANSACTIONS

The following transactions occurred between the Company and other related parties:

1. Substantially all of the rental of a commercial kitchen was done through Kitchen Privileges, Inc. JEJ Food Company and Kitchen Privileges have common stockholders. The rental payments for the twelve month period ended December 31, 1992, were $ 180,089.

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

2. Various food and vegetables used in production are purchased from Garcia's Farm, another entity owned by common interests. Purchases as of December 31, 1992, were $24,386.

3. The note receivable at December 31, 1992, was due from a related party as follows:

   10% note receivable from Kitchen Privileges; principal and interest received of $ 4,558 per month. Monthly payments have been suspended since 7/1/92 due to cash flow limitations at Kitchen Priveleges; however, the note is still considered to be collectible.
   $ 89,326
   ======

4. Notes payable to related parties at December 31, 1992, consisted of the following:

   12% notes (interest only) payable to Zuniga with principal repayments as cash flow is available.
   $ 54,450
   ======

5. Accounts receivable at December 31, 1992, include $63,463 of trade receivables from Kitchen Priveleges and $49 of trade accounts receivable from Garcia's Farm, both related parties to JEJ Food Company.

6. Accounts payable at December 31, 1992, include trade accounts of $8,860 payable to Garcia's Farm and $5,024 payable to Kitchen Priveleges, related parties to JEJ Food Company.

SEE ACCOUNTANT'S REVIEW REPORT

JEJ FOOD COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1992

7.  In August, 1992, each of the officers loaned $10,000 to the company to finance operations. The amount is a non-interest bearing loan, to be repaid as soon as funds are available. Total due to officers:

    $ 20,000

NOTE F - OTHER

1.  A material part of the Company's business is done with a single large customer. For the period ended December 31, 1992, this customer accounted for $ 1,730,148 in revenues. Although there are no formal continuing contracts with this customer, the Company has done business with them for over three years and currently has twelve products in distribution with them.

2.  The Company is presently diversifying the large customer base to include grocery and food warehouses, and began distribution to county schools during August 1992.

3.  Most of the operating loss during 1992 occurred during the fourth quarter, and is attributable to a particular retailer discontinuing business with JEJ Food Company. The inventory which was produced by JEJ Food Company in expectation of sales to this client was in frozen storage on December 31, 1992, and is in process of being liquidated by sales to another customer at a discount below cost. The process is expected to be completed during the first quarter of 1993, and to recover gross sales to JEJ Food Company of $83,500.

SEE ACCOUNTANT'S REVIEW REPORT