IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAIME GARCIA, <u>et al.</u>,** | * | |
| Plaintiffs, | * | |
| v. | * | **Case No.: B-01-103** |
| **RONALD D. KIRSTIEN, <u>et al.</u>,** | | |
| | * | |
| Defendants | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF FILING OF LENGTHY EXHIBIT**</u>

Exhibits 5 and 18, which are attachments to the Motion for Summary Judgment filed by Defendants, Ronald D. Kirstien and Harvey Rothstein, exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: February 9, 2004                    Respectfully submitted,

                              _____/S/_____
                              Craig D. Roswell, Bar No. 9529
                              Niles, Barton & Wilmer
                              Suite 1400, 111 South Calvert Street
                              Baltimore, Maryland 21202
                              (410) 783-6300
                              Attorney for Defendants Ronald D. Kirstien and
                              Harvey Rothstein