**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAIME GARCIA, <u>et al.</u>, | * | |
|    Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| RONALD D. KIRSTIEN, <u>et al.</u>, | * | |
|    Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPENDIX OF EXHIBITS TO RONALD D. KIRSTIEN AND HARVEY ROTHSTEIN'S
MOTION FOR SUMMARY JUDGMENT**

**Exhibit 1**     Portions of Jaime Garcia Deposition

**Exhibit 2**     Financial Statement of JEJ Food Company, Inc.

**Exhibit 3**     Affidavit of Ronald D. Kirstien

**Exhibit 4**     Affidavit of Harvey Rothstein

**Exhibit 5**     Limited Partnership Agreement of O'Stein Brothers Limited Partnership No. 4

**Exhibit 6**     Letter Agreement

**Exhibit 7**     Stock Purchase Agreement between O'Stein Brothers Limited Partnership No. 4 and Chef Garcia

**Exhibit 8**     Stock Purchase Agreement between Jaime and Elvira Garcia and Chef Garcia

**Exhibit 9**     Employment Agreements

**Exhibit 10**    Motion for Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363 (b) and 363 (f)(2) and to Remit the Proceeds to the First National Bank of Maryland

| | |
|---|---|
| **Exhibit 11** | Memorandum in Support of Creditor's Objection to Motion for Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363 (b) and 363 (f)(2) and to Remit the Proceeds to the First National Bank of Maryland |
| **Exhibit 12** | Memorandum in Support of Motion for Reconsideration of Order Granting Authority to Sell Certain Equipment Pursuant to Bankruptcy Code Section 363 (b) and 363 (f)(2) and to Remit the Proceeds to the First National Bank of Maryland |
| **Exhibit 13** | Motion for Authority to Sell by Public Auction Equipment, Furniture, and Intellectual Property, Free and Clear of Liens and Encumbrances and Remit Proceeds to Secured Creditors |
| **Exhibit 14** | Order Granting Debtor's Motion for Authority to Sell by Public Auction Equipment, Furniture, and Intellectual Property Free and Clear of Liens and Encumbrances, Pursuant to 11 U.S.C. §§ 363 (b) and 363 (f)(2), and to Remit Proceeds to Secured Creditors |
| **Exhibit 15** | Amended Complaint |
| **Exhibit 16** | Proof of Claim |
| **Exhibit 17** | Memorandum Dated June 29, 1995. |
| **Exhibit 18** | Portions of Plaintiffs' Answers to Interrogatories |