**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

JAIME GARCIA, <u>et al.</u>,                    *

      Plaintiffs,                        *

v.                                          *          Case No.: CCB 01 CV 0103

RONALD D. KIRSTIEN, <u>et al.</u>,
                               *

      Defendants.                       *

*     *     *     *     *     *     *     *     *     *     *     *     *

<u>**ORDER**</u>

      Upon consideration of Defendants Ronald D. Kirstien's and Harvey Rothstein's Motion

to for Summary Judgment, Memorandum in Support thereof, and the Opposition thereto, it is this

day of _____, 2004,

      **ORDERED**, that Defendant's Motion for Summary Judgment is **GRANTED,** and it is

further

      **ORDERED**, that summary judgment be and is hereby entered in favor of Defendants,

Ronald D. Kirstien and Harvey Rothstein.

                                 _____
                                 Judge Benson E. Legg

cc:    All counsel