IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAIME GARCIA, <u>et al.</u>,** | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: B-01-103 |
| **RONALD D. KIRSTIEN, <u>et al.</u>,** | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

Please note the appearance of Sedica Sawez, Esquire of Niles, Barton & Wilmer, LLP as additional counsel for Defendants, Ronald D. Kirstien and Harvey Rothstein.

Respectfully submitted,

_____/s/_____
Craig D. Roswell
Bar No. 9529

_____/s/_____
Sedica Sawez, Esquire
Bar No. 14701
Niles, Barton & Wilmer
Suite 1400, 111 South Calvert Street
Baltimore, Maryland 21202
(410) 783-6300
Attorneys for Defendants Ronald D. Kirstien and Harvey Rothstein