# ALBRIGHT & GOERTEMILLER, LLC
Law Offices

120 East Baltimore Street
Suite 2150
Baltimore, Maryland 21202
Telephone (410) 244-0350
Facsimile (410) 244-0356

Writer's Direct Dial No.
(410) 244-0354

E-Mail: dalbright@albrightlaw.com

March 4, 2004

Honorable Benson E. Legg
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

<u>Re: Garcia, et al. v. Kirstien, et al. Civil Case No. L-01-103</u>

Dear Judge Legg:

    We submit this joint request, initiated at the request of David F. Albright, attorney for Plaintiffs, that the time to answer all Defendants' Motions for Summary Judgment filed on February 9, 2004, be extended a final time to Tuesday, March 9, 2004. As was stated in the request of February 25, 2004, Defendants submitted lengthy motions, and accordingly, more time needs to be devoted to answering these motions.

    Thank you for considering this request.

Sincerely,

/s/

David F. Albright
Counsel for Plaintiffs

/s/

Patrick J. Kearney
Counsel for Defendant
Randy Habeck

/s/

Craig D. Roswell
Counsel for Defendants
Ronald Kirstien and
Harvey Rothstein