UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| CHEF GARCIA FOODS, INC. ) | Case No. 98-16522 |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |



### ORDER DISMISSING CHAPTER 11 CASE

THIS CAUSE came before the Court upon the Debtor's Motion to Dismiss Chapter 11 Case ("Motion"), by which the Debtor seeks to dismiss this case, pursuant to § 1112(a) of the Bankruptcy Code, due to the Debtor's inability to effectuate a plan of reorganization; and it

APPEARING that the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on September 3, 1998 and has continued since that date in the management of its financial affairs as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code; and it further

APPEARING that all creditors or their counsel, the Office of the United States Trustee, and other parties in interest, have received adequate notice, pursuant to Federal Rule of Bankruptcy Procedure 2002(a), of the Motion; and it further

APPEARING that adequate and sufficient cause has been shown to justify the granting of the relief requested herein, inasmuch as the Debtor is unable to effectuate a plan of reorganization; it is accordingly

ORDERED that:

---

STEPHEN E. LEACH
(VA Bar No. 20601)
Tucker Flyer, P.C.
1615 L Street, N.W., Suite 400
Washington, D.C. 20036

063050-00000-00099.doc

1. The Motion is granted in all respects;

2. Good and sufficient notice of the relief requested in the Motion and the hearing requesting the entry of this order has been provided and no further notice is required;

3. The Debtor shall promptly pay any and all United States Trustee's fees that are due for periods through the date of this order;

4. The order for relief resulting from the filing of the Debtor's voluntary petition is set aside and vacated; and

5. This case and the Debtor's voluntary petition for relief under chapter 11 of the Bankruptcy Code are dismissed without prejudice.

Dated: March _____, 1999

3/2/99

_____
MARTIN V. B. BOSTETTER, UNITED STATES
BANKRUPTCY JUDGE

TUCKER FLYER, P.C.

By: _____
STEPHEN E. LEACH
(VA Bar No. 20601)
1615 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 429-7112

Counsel to Chef Garcia Foods, Inc.

NOTICE OF JUDGMENT OR ORDER

Entered On Docket 3-5-99

**Copies to:**

Stephen E. Leach, Esquire
Tucker, Flyer & Lewis, P.C.
1615 L Street, N.W., Suite 400
Washington, D.C. 20036

Louis J. Ebert, Esquire
Gebhardt & Smith LLP
World Trade Center
401 East Pratt St, 10th Floor
Baltimore, MD 21202

Frank Bove, Esquire
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

Mitchell Weitzman, Esquire
Deso, Thomas, Spevack, Weitzman & Rost, P.C.
1828 L Street, N.W., Suite 720
Washington, D.C. 20036-5104

John B. Connor, Esquire
John B. Connor, PLC
1033 North Fairfax Street, Suite 310
Alexandria, VA 22314

United States Bankruptcy Court
For the Eastern District of Virginia
ALEXANDRIA, VIRGINIA

Presiding: Judge Martin V. B. Bostett
Date of Hearing: March 2, 1999                                11:00am

98-16522        Chef Garcia Foods, Inc.
                Debtor's motion to dismiss case
(71) Ch. 11

                Hearing on debtor's motion to dismiss
                case (Doc. 108)
                                        Stephen Leach

Appearances:
[]Debtor    []Atty for Debtor    []Trustee    []U.S. Trustee    []Atty for Pl.    []Atty for Def.

Other: _____

_____

_____

Witnesses:

_____

_____

_____

Notes:



Court Determination:

N/A Debtors

Motion granted; Order signed in O.C.


Continued to: _____  Order to be submitted by: _____

Court Reporter: Paul L        []Exhibits  []Add'l Minute Sheet   Courtroom Deputy: TM