## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

*MEMORANDUM*

TO:    Counsel                                                    DATE:    March 26, 2004

FROM:    Fran Kessler, Chief Deputy

SUBJECT:    Possible Problem with Electronic Noticing

On Tuesday there was a nationwide problem with the internet gateways used by the federal courts which may have affected the CM/ECF filing system. Although users were able to electronically file documents, we have been unable to determine whether e-mail notices of the filings were sent.

In Civil Action No. BEL-01-cv-103, it is possible that notices relating to documents numbers 53 were not sent. We are attaching copies of those documents to this Memorandum in order to ensure that you receive them. The filing date will remain March 23, 2004.

Please accept our apologies for any inconvenience.