IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAIME GARCIA, et ux. | * | |
| Plaintiffs | * | Civil No.: BEL 01 CV 0103 |
| v. | * | |
| RONALD D. KIRSTIEN, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

Supplemental List of Exhibits

Exhibit A.  "Unanimous Written Consent" signed by all five directors of Chef Garcia, Inc, including Defendant Habeck, showing execution by Defendant Habeck on February 10, 1997, acknowledging that all three defendants, as well as both Plaintiffs were the directors of Chef Garcia, Inc.

Exhibit B.  Page 46-49 of the Deposition of Plaintiff Jaime Garcia, to the effect that Defendant Habeck represented to the lender bank that he was the CFO or Chief Financial Officer of Chef Garcia.

Exhibit C.  Page 10-11 of the Deposition of Defendant Habeck that his present title in his business is "partner" even though his business is a corporation, and not a partnership, stating that it "sounded like a good thing to do."

1

<u>Exhibit D.</u>   The Bankruptcy filing papers show that Marjorie Robinson is a Vice President of the Garcias' food business for the period after the firing of the Plaintiffs on January 14, 1998.

<u>Exhibit E.</u>   The testimony of Defendant Habeck at page 38 of his deposition proves that Marjorie Robinson was his paid employee.

<u>Exhibit F.</u>   Deposition Exhibit P-13, dated March 20, 1998, reflects that after Defendant Habeck claims to have resigned as director, he is actively engaged in the running of the business of Chef Garcia, and he is taking the place of Marjorie Robinson while she is on leave.

<u>Exhibit G.</u>   Page 22 to 23 of the deposition of Defendant Rothstein states that a new corporation, named Chef Garcia Inc., was formed after the Bankruptcy. Defendants Rothstein and Kirstien are the owners of the new Chef Garcia, Inc., doing essentially the same business as prior to the bankruptcy. Marjorie Robinson became the President of the new business. (See the December 14, 1999 letter from Robinson to Eugene Suarez, Sr. attached hereto.)

<u>Exhibit H.</u>   Public information received from the Virginia and Delaware State public records show that the J.E.J. Food Company was terminated on 9/30/98, Chef Garcia Foods, Inc. was terminated on 12/31/98, McWax and Company was terminated on 3/1/99, Chef Garcia Kitchens, Inc. was terminated on 3/1/99, and Chef Garcia, Inc. was terminated on February 25, 1999.

<u>Exhibit I.</u>   Affidavit of Plaintiff Jaime Garcia.

<u>Exhibit J.</u>   Deposition exhibit P-1, Broker Agreement between Defendant Habeck and the JEJ Food Company.

<u>Exhibit K.</u>   Excerpts from Plaintiff Garcia's interrogatory answers.

<u>Exhibits 136, 140,1-10, 112-117, 119,11-17,120-130,132,133,135,137,138,141,144-162</u>   as attachments to Exhibit K.

_____/s/_____

David F. Albright, Bar #01454
Albright & Goertemiller, LLC
120 E. Baltimore Street
Suite 2150
Baltimore, Maryland 21202
(410) 244-0350, (410) 234-8003

Attorneys for Plaintiffs, Jaime and Elvira Garcia