#2 Wire transfers

FWO TRN 970718-000928
TO: NATL BANK OF COMMERCE TR & SVGS ASS LINC    ABA/104000045
BBKACCT: 104913585
BBK: COMMERCIAL STATE BANK
BNFACCT: 368431
BNF: OAK CREEK FARM

$13,252.00

**CRESTAR**
FUNDS TRANSFER CONFIRMATION

JULY 18, 1997    1

JAMIE GARCIA & ELVIRA GARCIA
8118 NORTHUMBERLAND ROAD
SPRINGFIELD, VA 22153

DEBIT ACCT#    822371057

---

FWO TRN 970718-002703
TO: OLD NATIONAL BANK EVANSVILLE, IN    ABA/086300012
BNFACCT: 401289966
BNF: BERRY PLASTICS CORP

$306.28

**CRESTAR**
FUNDS TRANSFER CONFIRMATION

JULY 18, 1997    2

ELVIRA GARCIA
8118 NORTHUMBERLAND RD
SPRINGFIELD VA 22153

DEBIT ACCT#    822371057

13,558.28
x 20% w/tuist =
16,447.85
or =

EXHIBIT
114



CARDHOLDER IDENTIFICATION

CARDHOLDER STREET NUMBER
811 N. Kalheen cd Rd

CITY                                    STATE      ZIP CODE
Syracuse    UT                          7-2-153

IDENTIFICATION TYPE    ISSUER (DL NO, ETC.)       DATE
MD 3 License Sen           6374                  11/30/95

AUTH. NO.      PRINTED DIGITS / TELLER      BRANCH
4356           4356         001             1330

TRANSACTION DATE & TIME
07/17/97   SEQ  156   DIVISIONAL
          02/17/97        1,000.00

CASH DISBURSEMENT DRAFT

IMPORTANT:
RETAIN THIS COPY
FOR YOUR RECORDS.

SAFEPER® U.S. Pat. 4,403,793

CUSTOMER COPY







WIRE TRANSFER



RA GARCIA

4308 9717 8000 4048

CRESTAR SARATOGA
SPRINGFIELD   VA

HERE

CARDHOLDER ADDRESS

STREET
8118 NORTHUMBERLAND RD   3 5 8

CITY                    STATE
SPRINGFIELD        VA        22153

IDENTIFICATION        TELLER   BRANCH   AUTHORIZATION
ProcGiA              04  0314  359060/ CALLED

DATE                  DRIVER'S LICENSE NO
4 23 97              VA 552 06 6774   11/00

CASH ADVANCE/
CASH DISBURSEMENT DRAFT        AMOUNT ADVANCED

VISA        7245568   $10000.00

**IMPORTANT:** RETAIN THIS COPY FOR YOUR RECORDS.

CUSTOMER COPY

---

NOT WRITE ABOVE THIS LINE

VIRA GARCIA

CHEVY CHASE FSB 55
SPRINGFIELD   VA

DATE     BRANCH OR MEMBER NO.     AUTHORIZATION NO.        TELLER
4/23    OKM                       AP057506                 03A

EXPIRATION  DATE     CARDHOLDER ADDRESS
CHECKED              STREET
6/97                 8118 Northumberland Rd
                     CITY              STATE      ZIP
                     Springfield  VA  22153
                     ID. TYPE/STATE/NO/EXP. DATE    BANK APPROVAL    PRINTED DIGITS
                     VA LIC# 552 06 6774   Au 7040      4366

I hereby request the issuer of the charge card identified above to pay to bearer the amount shown as TOTAL hereon. I hereby confirm that I will pay said amount, with any charges due thereon, to said issuer in accordance with the terms of the charge card agreement governing the use of said card.

SIGN
HERE  X                                         TOTAL AMOUNT
                                                6000

MasterCard  VISA   CASH ADVANCE/CASH DISBURSEMENT DRAFT    6000

102141 4369296200269936 10:12:41
$6,000.00    04-23-97 CREDIT CD ADV

055 003A    $.00

---

Cash

VIRA GARCIA

33 70124 105 1
NATIONSBANK SARATOGA
SPRINGFIELD   VA

CARDHOLDER IDENTIFICATION

CARDHOLDER STREET ADDRESS
8118 Northumberland Rd.
CITY              STATE              ZIP CODE
Springfield, VA

IDENTIFICATION (GOV'T. ID, DRIVER'S LIC. NO. ETC.)    PRINTED DIGITS
VA 552 06 6774  exp 11/00

DATE          AUTH.NO.
4-23-97       00     VISA CASH ADVANCE     TELLER  BRANCH
                                           01     56

Cardholder acknowledges receipt of the amount of the Total hereon and agrees to perform the obligations set forth in the Cardholder agreement with the Issuer.

CARDHOLDER SIGNATURE
X                    BUSINESS DATE  04/23/97   SEQ    46
                     ACCOUNT #1                TOTAL
CASH DISBURSEMENT DRAFT                         2000.00

**IMPORTANT:**
RETAIN THIS COPY
FOR YOUR RECORDS.

SAFEIPERF U.S. Pat. 4,403,793

CUSTOMER COPY

18,000.00
20% INTEREST =
22,500.00

EXHIBIT
115



CUSTOMER COPY

EXHIBIT

116

**CHEF   ꓤCIA MEXICAN FOODS, INC.**

95964

Vendor No: ELVIRA / Name: ELVIRA GARCIA                    95964

| Invoice | Reference | Inv Date | Inv Amt | Amt Paid | Discount | Adj Amt | Net Amt |
|---------|-----------|----------|---------|----------|----------|---------|---------|
| 080497 | LOAN | 08/04/97 | 5000.00 | 5000.00 | 0.00 | 0.00 | 5000.00 |

(Acct 11011-)            Check Date = 08/04/97      Check Total =    5000.00

EXHIBIT

117

$10,000.00



$3000.00



$3000.00



EXHIBIT
119

$ 3000.00



$ 2000:00



$ 5000·00



$5000·00



To:     David Levie

From:   Randy McDonald, Director of Acctg

Date:   September 8, 1997

Re:     Unauthorized Deductions


As per our conversation regarding deduction, the documents you have forwarded to me have no approval authority from Chef Garcia Mexican Foods, Inc. or the broker. It is the policy of the company that the brokers or a representative of Chef Garcia Mexican Foods must authorize any sample removed from stock. Therefore we ask that JP Foods remit payment for all unauthorized deductions.

If you have any questions regarding this matter please feel free to contact me.


Thank you


Cc:     Jim Garcia
        Marjorie Robinson



EXHIBIT

11

To:     Marjorie Robinson

From:   Jim Garcia

Date:   October 24, 1997

Re:     Customer Appointments/JP Foods

I was very disappointed to know our customers feel they can just show up to my office without an appointment. My day had to be rearranged to accommodate the people from John Charles.

Please make sure if a customer is in the area, they make an appointment before coming to the plant.

I am also discouraged that we have not had any favorable results. We have been back and forth with this for quite sometime. We have over $75,000 owed to us. We must come up with a solution to bring this issue to a close.

Your cooperation on these matters will be greatly appreciated.


Thank you



To:     Marjorie Robinson

From:   Jim Garcia

Date:   October 27, 1997

Re:     JP Foods


I am disappointed that we have not had any favorable results.  We have been back and forth with this for quite sometime.  We have over $80,000 owed to us.  We must come up with a solution to bring this issue to a close.

Your cooperation in this matter will be greatly appreciated.


Thank you



Cc:     Ron Kirstien
        Harvey Rothstein
        Randy Habeck


EXHIBIT

13

TO:        Chef Garcia Board of Directors

FROM:      Marjorie Robinson

DATE:      9/16/97

RE:        Recap of 9/15/97 Organizational Meeting

## I. Accounts Receivable

- A/R: Reviewed Current Aging report. All outstanding A/R are scheduled to be received except:

  *Alliant F/S* (10,919)   Broker reconciling, and enforcing our policies. (30 day notification sent to broker for $6,249)

  *Eli Witt* (2,473)       Audi to send letter, Marjorie to follow up.

  *N. Amer Imp.* (6,046)   Account was supposed to be on COD. Randy M. visiting customer.  Customer is now on COD Cash only.

  *Walk-Ins* (total 1,004) Randy M. collecting. We no longer service walk ins.

  *JP Foodservice*         Marjorie Met with Corporate this week to collect A/R, cost of remaining packaging material, and sell remaining inventory. All of these balances will be collected by the end of our September period.

  | ~ JP Foodservice total A/R: |            | Deductions  | Invoices    |
  |------------------------------|------------|-------------|-------------|
  |                              | Baltimore  | $ 1,184.77  | $1,419.60   |
  |                              | Mass.      | 1,497.01    | 3,758.65    |
  |                              | Hartford   | 810.49      | 2,632.00    |
  |                              | Minn.      | 978.94      | 0           |
  |                              | Ft. Wayne  | 562.02      | 261.00      |
  |                              | Chicago    | 2,022.08    | 1,298.95    |
  |                              | Des Moines | 458.48      | 0           |
  |                              | Allentown  | 1,177.34    | 5,106.70    |
  |                              | Altoona    | 1,276.65    | 3,893.05    |
  | **TOTALS**                   |            | **9,967.78**| **18,369.95**|

  ~ JP Foodservice total cost of packaging materials: $6,269.83

  ~ JP Foodservice total inventory in stock: $24,476.20

- Broker to met with Ziggy's on 9/12 to enforce terms, and bring Ziggy's current on a regular basis.

- A/R Communications: New Process of communication was to be implemented last week.  Should see more thorough information and logs by 9/19/97.

EXHIBIT
tabbies
14