# CHEF GARCIA MEXICAN FOODS

Marjorie Robinson
7521-C Connelley Drive
Hanover, MD 21076

Phone: (800) 929-3550
Fax:   (800) 627-8314

# Fax

TO: Jim Garcia, Randy McDonald

PHONE: (703) 455-0155

FAX: (703) 451-8917

SUBJECT: ~~Weekly Sales Plan~~

DATE: 10/22

NO/PAGES: 4
(Including cover)

COMMENTS: Agenda for next Wednesday.

EXHIBIT 15

OUTLINE OF COMMITMENTS MADE AT _____ MEETING

| WHO | WHAT | BY WHEN | DONE?? |
|---|---|---|---|
| RANDY | BRING UPDATED A/R TO MONDAY MEETINGS | ONGOING | |
| JIM | FIND CO PACKER FOR CHEESE SAUCE | 17-Oct | Somk's-in |
| RANDY | COLLECT $13,749 FROM GIANT | 3-Oct | NO |
| JIM | CO PACKERS FOR ALL KITCHEN ITEMS | ??? | Alcifoe / future |
| MARJORIE | PROVIDE A FORMAT FOR LOGS | 29-Oct | YES-L |
| RANDY | IMPACT RECONCILIATION TO KATHY | 22-Oct | ON GON |
| MARJORIE | RECONCILE JP FDSV. A/R OF $28,337 | 10-Oct | NO |
| MARJORIE | SELL ALL JP INVENTORY AND PACKAGING $30,745 | 17-Oct | NO |
| JIM | RELEASE CHICKEN SPECS TO PERDUE | 10-Oct | can see mix |
| RANDY | SEND CORRECTED BROKER CHECKS | 30-Sep | YES |
| MARJORIE | PROVIDE ROLL OUT SCHEDULE FOR RACK PROGRAM | 29-Oct | NO |
| JIM | BRING STOCK LEVEL TO SALES PAR LEVELS | 24-Oct | almost on it |
| MARJORIE | PROVIDE RACK AGREEMENTS | 29-Oct | NO |
| MARJORIE | SUBMIT CREDIT APS FOR SUKAR, HENLEY, STANLEY | 29-Oct | NO |
| JIM | ELIMINATE EXCESSIVE SHORTAGE PROBLEM | 6-Oct | working on Sproto sub |
| MARJORIE | SUBMIT 1998 MARKETING PLAN FOR RETAIL | 29-Oct | NO |
| RANDY | IMPROVE CUST. SERV. COMMUNICATIONS | 3-Oct | NO |
| RANDY | BRING LOGS TO MONDAY MEETINGS | ONGOING | YES |
| MARJORIE | BRING PROMOTIONAL SCHEDULE TO MONDAY MTGS. | ONGOING | YES |
| RANDY | FILL OUT CUST. ORDER CHECK LIST FOR ALL ORDERS | 6-Oct | NO |
| RANDY | ORDERS: FAX BROKERS AND SALES DAILY | ONGOING | NO |
| RANDY | SALES NUMBERS: FAX BROKERS AND SALES DAILY | ONGOING | YES |
| RANDY | INVOICES: FAX TO BROKERS WEEKLY | ONGOING | NO |
| RANDY | SHORT ALERTS: FAX TO SALES FOR ALL SHORTS | ONGOING | NO |
| MARJORIE | RE DO IMPACT BROKERAGE AGREEMENT | 29-Oct | OK |
| JIM | SEND MARJORIE DAILY ITEMS SENT TO HALPERIN | ONGOING | working on it |

COMMIT.XLS

## CHEF GARCIA ORGANIZATIONAL MEETING
OCTOBER 29, 1997  10:00 a.m
Attendees: Jim Garcia, Randy McDonald, Marjorie Robinson
### AGENDA

**I. Review Commitments made at 10/20 meeting.**

**II. Accounts Receivable**
    A. Review Current Aging report.
    B. Determine if any accounts qualify for broker 30 day notification
    C. Submit logs.
    D. Review inventory of raw materials and upcoming orders to insure cashflow is adequate.

**III. Quality Assurance/ Research and Development**
    A. Status of lining up co packers for all Kitchen products.
    B. Cheese sauce co packers, Jim to provide status
    C. Shredded Chicken, Jim to provide status of Perdue.

**IV. Operations**
    A. Inventory management, review par levels.
    B. Review production schedule.
    C. Review new price lists for foodservice
    D. Review shortages and production requirements. Jim to provide list of any shorts for week of 10/20.

**V. Sales**
    A. Submit marketing plan for Retail 1998.
    B. Review of new customers.
    C. Sales review by customer.
    D. Status of JP Foodservice transition.
    E. Sales Blitz update.
    F. Rack roll out schedule: roll out timeline; rack agreements.
    G. Submit promotional schedule.
    H. Submit 30 day promotion confirmations.

**VI. Customer Service**
    A. Liaison between Chef Garcia and Sales
    B. A/R communications: forwarding of logs and other correspondence.
    C. Sample tracking.
    D. Customer Order Check List: walk through
    E. Fax orders to Dan daily.
    F. Fax sales numbers to Marjorie and Dan daily
    G Fax invoices to brokers daily.
    H. Monitor timely payments brokerage checks.
    I. Short Alerts.
    J. Negotiate and arrange freight.
    K. Manage Credit Memo forms.
    L. Communicate to outlets for excess inventory, as needed.

To: Marjorie Robinson

From: Jim Garcia

Date: November 6, 1997

Re: JP Foods

As per our meeting Monday, we have been expecting a call regarding JP paying for excess product ant the movement of product out of Halperin's warehouse. It is your responsibility to see that the product is moved from Halperin to a storage facility designated by JP Foods. We still are waiting for an answer concerning payment for all past due invoices, packaging, and excess inventory.

Thank you.

EXHIBIT 16

Chef Garcia Mexican Foods Inc.
7608-A Fullerton Rd
Springfield, Va 22153
(703) 455-0155

Date: Jan 08 1997

To: Marjorie Robinson

From: Jim Garcia

Subject: Giant & JP Foods Unpaid Balance

Dear: Marjorie

As per all the dicussions we have had in the past about this two customers in particular, we continue with the problem of not getting paid or not able to find out why we we are not getting paid.

I'M requesting to please summit all information immediately so we can clear our books for 1997 and to collect the cash to buy raw materials

It is important that you pay attention to this matter as quigly as you can size is being so long and to meny times we have talked about this.

| | |
|---|---:|
| Total omount do from Giant is | 78,021.60 |
| Total omount do from JP Foods is | 112,447.62 |
| Total | 190,469.22 |

As you can see is a subtantial amount of money to be collected immediately from this two customers and is your responsibility you as a sales person to make sure we get pay promptly on time and complit.

Please reply to me immediately with your plan on this matter Thanks.



EXHIBIT 17

Report as of 08-Jan-98.GIANTJPFDSP10                Page 1

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

CHECK DATE   12/10/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Code | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR | INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| 2C | 223610 | 719930 | | | | 719930 |
| 3H | JP | 141157- | | | | 141157- |

POSTED 12/15

0016150 CN-133091

CHECK AMOUNT ▶ 577.73

EXHIBIT 120

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Code | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

CHECK DATE  09/10/97

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2J | 222766 | 91000 | | | 91000 |
| 3H | 664351 | 5010- | | | 5010- |

POSTED 9/17

001615C CN-101381

CHECK AMOUNT ▶ 859.90


EXHIBIT 121

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

**CHECK DATE** 12/01/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH/VENDOR | INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 2223368 | 6378 | | | 6378 |
| 2C | 2235544 | 405365 | | | 405365 |
| 2C | 2816651 | 140048- | | | 140048- |
| 2J | 3407783 | 9500- | | | 9500- |
| 3H | 712857 | 1935- | | | 1935- |

POSTED 12/14

0016150 CN-129645

CHECK AMOUNT ▶ 3862.60

**EXHIBIT** 122



JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

CHECK DATE 10/27/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Code | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH/VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|
| 2C223171 | 236386 | | | 236386 |
| 2DARDUE | 61935- | | | 61935- |
| 3GT/P | 17529- | | | 17529- |

POSTED 10/01

0016150 CN-117557

CHECK AMOUNT ▶ 1569.22

EXHIBIT 123

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

**CHECK DATE** 11/19/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 2223424 | 212394 | | | 212394 |
| 2C | 2267124 | 1783- | | | 1783- |

POSTED 11/21

0016150 CN-126283

CHECK AMOUNT ▶ 2106.11

**EXHIBIT 124**

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

CHECK DATE  09/22/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Branch | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

⑈00⑈104967⑈  ⑆123206518⑆

BANK OF OREGON
PDX
U.S. BANCORP

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2D | 2228840 | 1139.60 | | | 1139.60 |
| 2F | 0376.70 | 3360- | | | 3360- |
| 2F | 2228882 | 801.50 | | | 801.50 |
| 2J | 2228841 | 1580.16 | | | 1580.16 |

POSTED 9/02

0016150 CN-104967

CHECK AMOUNT ▶ 3487.66

EXHIBIT 125



EXHIBIT 126



(rotated remittance advice from JP Foodservice, Inc., check date 09/08/97)

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222725 | 637 80 | | | 637 80 |
| 2F | 222722 | 1004 50- | | | 1004 50- |
| 2H | 001940 | 80 00- | | | 80 00- |
| 2H | 222507 | 938 70 | | | 938 70 |

POSTED 9/10

CHECK AMOUNT ▶ 2501.00

0016150 CN-099975

Branch list:
- 2A HEADQUARTERS (410) 312-7100
- 2C BALTIMORE (410) 551-2000
- 2D EVERETT (617) 389-6229
- 2F HARTFORD (203) 282-0101
- 2H ALTOONA (814) 946-1201
- 2J ALLENTOWN (610) 821-9000
- 3F MINNEAPOLIS (612) 559-9494
- 3G DES MOINES (515) 266-2281
- 3H FORT WAYNE (219) 432-0621
- 3K STREATOR (815) 673-3311
- 3B FROZEN FARMS (410) 312-7100

JP Foodservice, Inc. ®
P.O. Box 2652 • Columbia, Maryland 21045

⑆00⑆099975⑆ ⑈123206511⑈

EXHIBIT 127

TO: MARJORIE
FROM: RANDY

CHECK DATE    09/03/97

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 0C97SA | 1600- | | | 1600- |
| 2C | 018617 | 9238- | | | 9238- |
| 2C | 095872 | 9238- | | | 9238- |
| 2C | 105117 | 5719- | | | 5719- |
| 2C | 108681 | 9238- | | | 9238- |
| 2C | 115758 | 6687- | | | 6687- |
| 2C | 147841 | 27681- | | | 27681- |
| 2C | 152222 | 11582- | | | 11582- |
| 2C | 164012 | 15289- | | | 15289- |
| 2C | 164046 | 20876- | | | 20876- |
| 2C | 166843 | 4957- | | | 4957- |
| 2C | 186027 | 10156- | | | 10156- |
| 2C | 187721 | 5410- | | | 5410- |
| 2C | 188671 | 1045- | | | 1045- |
| 2C | 189730 | 4372- | | | 4372- |
| 2C | 193316 | 7340- | | | 7340- |
| 2C | 194519 | 8442- | | | 8442- |
| 2C | 194811 | 29004- | | | 29004- |
| 2C | 217633 | .17229- | | | 17229- |
| 2C | 222750 | 442062 | | | 442062 |
| 2C | 229307 | 25042- | | | 25042- |
| 2C | 235790 | 2090- | | | 2090- |
| 3H | 516181 | 171800- | | | 171800- |

001615C  CN-099080    CHECK AMOUNT ▶  380.27

P Foodservice Inc

▼ DETACH BEFORE DEPOSITING ▼

1099080

P Foodservice, Inc.

THIS CHECK VOID 90 DAYS AFTER THIS DATE
09/03/97

CHECK AMOUNT
******380.27

PAY  THREE HUN EGHTY & .27 S

PAY TO THE ORDER OF
0016150          CN-099080
CHEF GARCIA MEX FOODS
7608-F FULLERTON ROAD
SPRINGFIELD          VA 22153

FIRST STATE BANK OF OREGON
CANBY, OREGON
SUBSIDIARY OF U.S. BANCORP

⑈⑆001099080⑈⑆ ⑈⑆123206516⑈⑆ 709 0206 314⑈⑆

EXHIBIT 128