

CHECK DATE 08/11/97

...ANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

2A HEADQUARTERS (410) 312-7100
2C BALTIMORE (410) 551-2000
2D EVERETT (617) 389-6229
2F HARTFORD (203) 282-0101
2H ALTOONA (814) 946-1201
2J ALLENTOWN (610) 821-9000
3F MINNEAPOLIS (612) 559-9494
3G DES MOINES (515) 266-2281
3H FORT WAYNE (219) 432-0621
3K STREATOR (815) 673-3311
3B FROZEN FARMS (410) 312-7100

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222511 | 50406 | | | 50406 |
| 2C | 222533 | 67707 | | | 67707 |
| 2C | 222584 | 287014 | | | 287014 |
| 3F | T/P | 11960- | | | 11960- |
| 3G | T/P | 14287- | | | 14287- |
| 3H | T/P | 12269- | | | 12269- |
| 3K | T/P | 10597- | | | 10597- |

SP2D

...BANK OF OREGON
...EGON
...OF U.S. BANCORP

⑈0010884 78⑈ ⑆123206518

0016150 CN-008478 CHECK AMOUNT ▶ 3560.14

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 129

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No. ______

Prepared by: ______
Date: 8-21-97
Reviewed: ______
Final Approval: ______

Customer: JP Foodservice
Broker: Lincolnland Food
Amount of Discrepancy: 83.97
Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other ______ |

Check number: 92493
Date of Check: 8-18-97
Date of Deposit: 8-21-97
Invoice number: ______
Invoice date: ______
Customer PO number: ______
Other reference number: ______

Amount of Invoice/Amount due per Chef Garcia ______
Amount paid (amount deducted from check) ______
Amount due ______

Comments: JP INV. # 3KT/P $ 83.97

Attachments: ______

Resolution:

Expect payment ______ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ______

Resolved by: ______

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

EXHIBIT 130

CHECK DATE 08/18/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 061897 | 4062 | | | 4062 |
| 2C | 222500 | 21260 | | | 21260 |
| 2C | 222624 | 178650 | | | 178650 |
| 2J | 222583 | 81410 | | | 81410 |
| 3F | 222622 | 19500 | | | 19500 |
| 3G | 222621 | 92925 | | | 92925 |
| 3H | 222623 | 4350 | | | 4350 |
| 3K | T/P | 8397- | | | 8397 |
| 3K | 222620 | 163800 | | | 163800 |

...TE BANK OF OREGON
...REGON
...Y OF U.S. BANCORP

⑈001092493⑈ ⑆123206511

0016150 CN-092493 CHECK AMOUNT ▶ 5575.60

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

CHECK DATE 08/18/97

REMITTANCE ADVICE ENCLOSED

**REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION**

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 061897 | 4062 | | | 4062 |
| 2C | 222500 | 21260 | | | 21260 ✓ |
| 2C | 222624 | 178650 | | | 178650 |
| 2J | 222583 | 81410 | | | 81410 |
| 3F | 222622 | 19500 | | | 19500 |
| 3G | 222621 | 92925 | | | 92925 |
| 3H | 222623 | 4350 | | | 4350 |
| 3K | T/P | 8397- | | | 8397- |
| 3K | 222620 | 163800 | | | 163800 |

POSTED 8/21

BANK OF OREGON
OREGON
OF U.S. BANCORP

⑈001092493⑈ ⑆123206516⑆

0016150 CN-092493 CHECK AMOUNT ▶ 5575.60

J.P. Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 132

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No. ____

Prepared by: ____
Date: 8-20-97
Reviewed: ____
Final Approval: ____

Customer: JP Foodservice
Broker: Lemire Sales
Amount of Discrepancy: $ 119.60
Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other ____

Check number: 88478
Date of Check: 8-11-97
Date of Deposit: 8-20-97
Invoice number: ____
Invoice date: ____
Customer PO number: ____
Other reference number: ____

Amount of Invoice/Amount due per Chef Garcia ____
Amount paid (amount deducted from check) ____
Amount due ____

Comments: JP INV # 3FT/P $ 119.60

Attachments: ____

Resolution:

Expect payment ____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ____

Resolved by: ____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

EXHIBIT 133

08/11/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 232-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

E BANK OF OREGON
EGON
Y OF U.S. BANCORP

⑈001088478⑈ ⑆123206516

| INVOICE NO. | GROSS | | | DEDUCTIONS | | NET |
|---|---|---|---|---|---|---|
| 2C222511 | 50406 | | | | | 5040 |
| 2C222533 | 67707 | | | | | 6770 |
| 2C222584 | 287014 | | | | | 28701 |
| 3ET/P | 11960- | | | | | 1196 |
| 3GT/P | 14287- | | | | | 1428 |
| 3HT/P | 12269- | | | | | 1226 |
| 3KT/P | 10597- | | | | | 1059 |

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

0016150 CN-088478

CHECK AMOUNT ▶ 3560.1

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No.

Prepared by: ______
Date: 8-20-97
Reviewed: ______
Final Approval: ______

Customer: PFoodservice
Broker: Licolnland Food
Amount of Discrepancy: $ 105.97
Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other ______ |

Check number: 88478
Date of Check: 8-11-97
Date of Deposit: 8-20-97
Invoice number: ______
Invoice date: ______
Customer PO number: ______
Other reference number: ______

Amount of Invoice/Amount due per Chef Garcia ______
Amount paid (amount deducted from check) ______
Amount due ______

Comments: JP INV. # 3KT/P $ 105.97

Attachments: ______

Resolution:

Expect payment ______ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ______

Resolved by: ______

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

EXHIBIT
135

08/11/97

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| INVOICE NO. | GROSS | | DEDUCTIONS | |
|---|---|---|---|---|
| 2C222511 | 50406 | | | 5040 |
| 2C222583 | 67707 | | | 6770 |
| 2C222584 | 287014 | | | 28701 |
| 3FT/P | 11960 | | | 1196 |
| 3GT/P | 14287 | | | 1428 |
| 3HT/P | 12269 | | | 1226 |
| 3KT/P | 10597 | | | 1059 |

E BANK OF OREGON
EGON
Y OF U.S. BANCORP

⑈0010884 78⑈ ⑆123206516

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

0016150 CN-088478

CHECK AMOUNT ➤ 3560.1

CHECK DATE 08/04/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

BANK OF OREGON

⑈001086050⑈ ⑆123206511

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 25699 | 21260 | | | 21260 |
| 2F | 222478 | 45500 | | | 45500 |
| 2F | 222484 | 37100 | | | 37100 |
| 2H | 222479 | 188790 | | | 188790 |
| 2J | 207614 | 10000- | | | 10000- |
| 2J | 208029 | 3162- | | | 3162- |
| 2J | 210408 | 1889- | | | 1889- |
| 2J | 210501 | 5652- | | | 5652- |
| 2J | 212864 | 12000- | | | 12000- |
| 2J | 218393 | 3819- | | | 3819- |
| 2J | 222480 | 153860 | | | 153860 |
| 2J | 236122 | 5000- | | | 5000- |
| 2J | 242569 | 35412- | | | 35412- |
| 2J | 246153 | 40800- | | | 40800- |

POSTED 8/7

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

001615C CN-086050

CHECK AMOUNT ▶ 3287.76

EXHIBIT 137

tabbies

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No. ______

Prepared by: ______
Date: 8-11-97
Reviewed: ______
Final Approval: ______

Customer: IP Food Service
Broker: Koff & Associates
Amount of Discrepancy: $ 1,177.34
Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other ______

Check number: 86050
Date of Check: 8-4-97
Date of Deposit: 8-7-97
Invoice number: ______
Invoice date: ______
Customer PO number: ______
Other reference number: ______

Amount of Invoice/Amount due per Chef Garcia ______
Amount paid (amount deducted from check) ______
Amount due ______

Comments: IP INV. #s

| | |
|---|---|
| 21207614 | $ 100.00 |
| 21208029 | 31.62 |
| 21210408 | 18.89 |
| 21210501 | 56.52 |
| 21212864 | 120.00 |
| 21218393 | 38.19 |
| 21236122 | 50.00 |
| 21242569 | 354.12 |
| 21246153 | 408.00 |

Attachments

Resolution:

Expect payment ______ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ______

Resolved by ______

Please send a written resolution and support if necessary to the accounting department for all discrepancies

ARDISCRP.XLS

# Chef Garcia Mexican Foods

No. ____________

## Accounts Receivable Discrepancy Report

Prepared by: ____________
Date: 8-1-97
Reviewed: ____________
Final Approval: ____________

Customer: JP Foodservice
Broker: LeHire Sales, INC
Amount of Discrepancy: $ 161.60
Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other ____________

Check number: 84435
Date of Check: 7-30-97
Date of Deposit: 8-1-97
Invoice number: ____________
Invoice date: ____________
Customer PO number: ____________
Other reference number: ____________

Amount of Invoice/Amount due per Chef Garcia ____________
Amount paid (amount deducted from check) ____________
Amount due ____________

Comments: JP INV. # 3FT/F 161.60.

Attachments: ____________

Resolution:

Expect payment ____________ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ____________

Resolved by: ____________

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

EXHIBIT
138

# Chef Garcia Mexican Foods

No. ____

## Accounts Receivable Discrepancy Report

Prepared by: ____
Date: 8-1-97
Reviewed: ____
Final Approval: ____

Customer: JP Foodservice
Broker: Sunny Marketing
Amount of Discrepancy: $62.72
Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms ✓ |
| Spoilage | Missing support for deduction |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other ____ |

Check number: 84437
Date of Check: 7-30-97
Date of Deposit: 8-1-97
Invoice number: ____
Invoice date: ____
Customer PO number: ____
Other reference number: ____

Amount of Invoice/Amount due per Chef Garcia ____
Amount paid (amount deducted from check) ____
Amount due ____

Comments: JP INV.# 2H905620 62.72

Attachments: ____

Resolution:

Expect payment ____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ____

Resolved by: ____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

CHECK DATE 07/30/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222481 | 3866 73 | | | 3866 73 |
| 2D | 222477 | 231 15 | | | 231 15 |
| 2D | 222482 | 227 50 | | | 227 50 |
| 2H | 905620 | 62 72- | | | 62 72- |
| 3F | T/P | 161 60- | | | 161 60- |

0016150 CN-034435 CHECK AMOUNT ▶ 4101.06

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

# Chef Garcia Mexican Foods

No. ______

## Accounts Receivable Discrepancy Report

Prepared by: ______
Date: 7-31-97
Reviewed: ______
Final Approval: ______

Customer: IP Food Service
Broker: Indy Food
Amount of Discrepancy: $ 190.39
Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other ______

Check number: 83048
Date of Check: 7-28-97
Date of Deposit: 7-31
Invoice number: ______
Invoice date: ______
Customer PO number: ______
Other reference number: ______

Amount of Invoice/Amount due per Chef Garcia ______
Amount paid (amount deducted from check) ______
Amount due ______

Comments: IP INV. #'s 3H669760 $ 56.52
3H670079 133.87
190.39

Attachments: ______

Resolution:

Expect payment ______ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution ______

Resolved by: ______

Please send a written resolution and support if necessary to the accounting department for all discrepancies

ARDISCRP.XLS

EXHIBIT
tabbles
141



CHECK DATE 07/28/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

...E BANK OF OREGON
...REGON
...RY OF US BANCORP

⑈0010830048⑈ ⑆123206651

| BRANCH | INVOICE NO. | GROSS | DISCOUNT | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222379 | 61005 | | | 6100 |
| 2C | 222436 | 120034 | | | 12003 |
| 2F | 222375 | 49910 | | | 4991 |
| 3H | 669760 | 5652- | | | 565 |
| 3H | 670079 | 13387- | | | 1338 |

POSTED 7/31

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

0016150 CN-083048

CHECK AMOUNT ▶ 2119.0