# Accounts Receivable Discrepancy Report

Prepared by: _____
Date: _____7-25-97_____
Reviewed: _____
Final Approval: _____

Customer: _JP Food Service_
Broker: _Indy Food_
Amount of Discrepancy: _$ 68.20_

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: _58112_
Date of Check: _5-14-97_
Date of Deposit: _5-19-97_
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: _JP INV # 3HT/P $ 67.20_
_____
_____
_____
_____
_____
_____

Attachments: _____
_____
_____
_____

Resolution:
    Expect payment _____ (Approximate date)
    Deduction is legitimate (Attach support or explain below)
    Additional follow up is required. Expected date of resolution _____
_____
_____
_____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

**EXHIBIT 144**



May 16 week

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 221797 | 2156 60 | | | 2156 60 |
| 2D | 221800 | 1476 30 | | | 1476 30 |
| 2F | 221729 | 500 85 | | | 500 85 |
| 2H | 221799 | 877 05 | | | 877 05 |
| 2J | 211798 | 1209 95 | | | 1209 95 |
| 2J | 221731 | 122 50 | | | 122 50 |
| 3H | 7P | 6820- | | | 6820- |

POSTED 5/9

CHECK DATE 05/14/97

REMITTANCE ADVICE ENCLOSED
DIRECT ALL INQUIRIES TO THE APPROPRIATE LOCATION

| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

0016150  CN-058112

CHECK AMOUNT ▶  6275.05

⑈0058112⑈ ⑆123206516

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT
145

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Food Service
Broker: Sunny Marketing
Amount of Discrepancy: $ 26.00

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 71304
Date of Check: 6-23-97
Date of Deposit: 6-30-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP INV.# 2HSHIRT $ 26.00
_____
_____
_____
_____
_____
_____

Attachments: _____
_____
_____
_____

Resolution:
Expect payment _____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution _____
_____
_____
_____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS


EXHIBIT 146

## Accounts Receivable Discrepancy Report

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Foodservice
Broker: Lemire Sales
Amount of Discrepancy: $48.91

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: 71304
Date of Check: 6-23-97
Date of Deposit: 6-30-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP INV. # 3F77383= $48.91
_____
_____
_____
_____

Attachments: _____
_____
_____

Resolution:
Expect payment _____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution _____
_____
_____
_____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS



CHECK DATE  06/23/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| BRANCH | LOCATION | PHONE |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2H | SHIRT | 2600- | | | 2600- |
| 2H | 222166 | 49035 | | | 49035 |
| 3F | 222174 | 34825 | | | 34825 |
| 3F | 773835 | 4891- | | | 4891- |
| 3K | 222173 | 44100 | | | 44100 |

POSTED

0016l5C   CN-071304

CHECK AMOUNT ▶  1204.69

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045



| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222376 | 2449 00 | | | 2449 00 |
| 2H | 222373 | 285 60 | | | 285 60 |
| 2H | 222377 | 861 70 | | | 861 70 |
| 2J | 222374 | 775 25 | | | 775 25 |
| 3H | 222338 | 241 50 | | | 241 50 |
| 3K | 222337 | 640 00 | | | 640 00 |

CHECK AMOUNT ▶ 5253.05

0016150 CN-079496

POSTED

CHECK DATE 07/16/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

⑆00107949⑆   ⑈123206⑈

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 147

# TORTILLA MAYA — INVOICE

**Chef Garcia Mexican Foods, Inc.**
7608 A Fullerton Road, Springfield, VA 22153-2814
(703) 455-0155  Metro (703) 451-4841  Fax (703) 451-8917
FEI #54-1285691

**CUSTOMER NO.** 222376
JP2CMD

**SOLD TO:**
JP FOODSERVICE/BALTIMORE
P.O. BOX 2652
9830 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

**SHIP TO:**
JP FOODSERVICE/BALTIMORE
8024 Telgraph Road
Severn, MD. 21144
551-2000

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 07/02/97 | PU @ Halp | Origin | NET 15 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 2C6347 | 07/01/97 | 50 | 25538 |

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10.000 | 10.000 | 0.000 | 2-00127 | CS  CHIPS:CG YELLOW SALTED 8/1 LBS. | 9.69  N | 96.90 |
| 20.000 | 20.000 | 0.000 | 1-00110 | CS  CORN:W/ THIN TRINGLE 1/25# cs | 14.21  N | 284.20 |
| 10.000 | 10.000 | 0.000 | 6-00267 | CS  FIL:MEXICAN STYLE BEANS, 4/5 LBS. | 19.21  N | 192.10 |
| 10.000 | 10.000 | 0.000 | 6-00269 | CS  FIL:SHREDDED CHICKEN, 4/5 LBS. | 58.71  N | 587.10 |
| 14.000 | 14.000 | 0.000 | 7-02115-0 | CS  JP#626861 BEAN BUR PSADO 60/5oz | 17.50  N | 245.00 |
| 14.000 | 14.000 | 0.000 | 7-02117-4 | CS  JP#626863 MSQ GRIL CHICK BUR 60/5oz | 52.80  N | 739.20 |
| 7.000 | 7.000 | 0.000 | 7-02121-1 | CS  JP#626867 BF LASAGNA PSDO 4/5.5#cs | 43.50  N | 304.50 |
| 7.000 | 7.000 | 0.000 | 7-02123-5 | CS  JP#626869 MN SHRD CHIK QUEZ 150/1.5 | 32.50  N | 227.50 |


MAILED 7-3-97

| | |
|---|---|
| Nontaxable Subtotal | 2676.50 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 2676.50 |

Customer _____   Date _____

**Terms of Sale:** By acceptance of delivery of the goods referenced herein, the customer agrees to pay 1.5% interest per month on the entire balance of any account which is past due as well as all costs of collecting that account, including attorneys' fees.
The customer agrees to the terms of sale and the above signed has the authority to so bind the customer.

PLEASE REMIT ONE COPY OF THE INVOICE WITH YOUR PAYMENT

*Thank You!*

# INVOICE

**HALPERIN DISTRIBUTING**
P.O. Box 6435, Baltimore, MD 21264-4536

| INVOICE NO. | DELIVERY DATE | CUSTOMER NO. |
|---|---|---|
|  | 07/1/97 |  |

**SOLD TO:**
JP FOODSERVICE, INC. #14
8021 TELEGRAPH ROAD
SEVERN, MD 21144

**BILL TO:**
JP FOOD SERVICE TORT MAYA

| ITEM # | ORDER | SHIPPED | UNIT | | DESCRIPTION | PACK | SIZE | WEIGHT | COST | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28008 | 14 | 14 | CS | 1271626841 | CHE BEAN BURRITO-2115 | 60 | | | | |
| 28028 | 7 | 7 | CS | 1271628957 | CHE MEXICAN BEEF LASAGNA-2121 | | | | | |
| 28038 | 10 | 10 | CS | 1271600247 | CHE MEXICAN STYLE BEAN FILLING | | | | | |
| 28048 | 14 | 14 | CS | 1271626963 | CHE MSO GRILL CHICK BURITO-2147 | 4# | | | | |
| 28020 | 10 | 10 | CS | 1271600269 | CHE SHRD CHICKEN FILLING | 5# | | | | |
| 28028 | 20 | 20 | CS | 1271600110 | CHE TORTILLA WHITE CORN RAW | 5# | | | | |
| 24007 | 10 | 10 | CS | 1271600127 | CHE YELLOW SALTED CHIP | 5# | | | | |
| 24027 | 3 | 3 | CS | 1271600263 | CHE YELLOW CRN 6" FOR TACOS | | | | | |

CS-92  WT CS-1,644.00 WT EA-

WGT 1644.00

RECEIVED

YOU MUST VERIFY MERCHANDISE AND QUANTITIES BEFORE SIGNING.
NO CREDIT WILL BE ALLOWED UNLESS SHORTAGE SIGNED FOR BY DRIVER AT TIME OF DELIVERY.

ST - STATUS CODE
O = OUT
S = SUB
P = PARTIAL FILL

Thank You

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

|  |  |
|---|---|
| Prepared by: |  |
| Date: | 7-25-97 |
| Reviewed: |  |
| Final Approval: |  |

No. _____

Customer: JP Foodservice
Broker: Koff & Assc.
Amount of Discrepancy: $245.00

Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 79496
Date of Check: 7-16-97
Date of Deposit: 7-21-97
Invoice number: 222374
Invoice date: 7-2-97
Customer PO number: 21106510
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: 1020.25
Amount paid (amount deducted from check): 775.25
Amount due: 245.00

Comments: Order shipping in full

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Foodservice
Broker: Sunny Marketing
Amount of Discrepancy: 257.60

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction |
| Return | Deduction taken for unknown reason ✓ |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: 79496
Date of Check: 7-16-97
Date of Deposit: 7-21-97
Invoice number: 222373
Invoice date: 7-2-97
Customer PO number: 2H644410
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: 543.20
Amount paid (amount deducted from check): 285.60
Amount due: 257.60

Comments: Order Shipping in full

Attachments: _____

Resolution:
  Expect payment _____ (Approximate date)
  Deduction is legitimate (Attach support or explain below)
  Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

*Chef Garcia Mexican Foods*

## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: VP Foodservice
Broker: Hancock & Taft
Amount of Discrepancy: 227.50

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction
- Deduction taken for unknown reason ✓
- Amount paid is different from invoice.
- Other _____

Check number: 79496
Date of Check: 7-16-97
Date of Deposit: 7-21-97
Invoice number: 232376
Invoice date: 7-2-97
Customer PO number: 626347
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: 2676.50
Amount paid (amount deducted from check): 2449.00
Amount due: 227.50

Comments: Order Shipped in full

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

JP Foodservice, Inc.®
Box 2652 • Columbia, Maryland 21045

96-651/1232  709

CHECK NO. 1079496

THIS CHECK VOID 90 DAYS AFTER THIS DATE
07/16/97

CHECK AMOUNT
*****5253.05

PAY FIVE THOU TWO HUN FIFTY THREE & .05 $

PAY TO THE ORDER OF

0016150       CN-079496
CHEF GARCIA MEX FOODS
7608-F FULLERTON ROAD
SPRINGFIELD          VA 22153

FIRST STATE BANK OF OREGON
CANBY, OREGON
SUBSIDIARY OF U.S. BANCORP

⑆001079496⑆ ⑈123206516⑈ 709 0206 314⑊

---

CHECK DATE  07/16/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 222376 | 244900 | | | 244900 |
| 2H | 222373 | 28560 | | | 28560 |
| 2H | 222377 | 86170 | | | 86170 |
| 2J | 222374 | 77525 | | | 77525 |
| 3H | 222338 | 24150 | | | 24150 |
| 3K | 222337 | 64000 | | | 64000 |

POSTED 7/21

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

0016150 CN-079496     CHECK AMOUNT ▶  5253.05