**CHECK DATE** 07/14/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | FS96SA | 3900— | | | 3900— |
| 2C | PRODCAT | 50000— | | | 50000— |
| 2C | 22-21-03 | 4020— | | | 4020— |
| 2C | 2223325 | 231075 | | | 231075 |
| 2D | 2223326 | 120075 | | | 120075 |
| 2F | 7562228 | 23800— | | | 23800— |
| 2F | 7623779 | 3512— | | | 3512— |
| 2F | 7633777 | 4735— | | | 4735— |
| 2F | 7693006 | 5652— | | | 5652— |
| 2F | 7821171 | 43350— | | | 43350— |
| 3F | 2223340 | 88900 | | | 88900 |
| 3G | 2223339 | 39900 | | | 39900 |
| 3K | STAT | 115703— | | | 115703— |
| 3K | T/P | 12517— | | | 12517— |
| 3K | T/P | 9367— | | | 9367— |

CHECK AMOUNT ▶ 1034.34

0016150 CN-078049

2A HEADQUARTERS (410) 312-7100
2C BALTIMORE (410) 551-2000
2D EVERETT (617) 389-6229
2F HARTFORD (203) 282-0101
2H ALTOONA (814) 946-1201
2J ALLENTOWN (610) 821-9000
3F MINNEAPOLIS (612) 559-9494
3G DES MOINES (515) 266-2281
3H FORT WAYNE (219) 432-0621
3K STREATOR (815) 673-3311
3B FROZEN FARMS (410) 312-7100

BANK OF OREGON
GON
OF U.S. BANCORP

⑉"0010?8049"⑉  ⑉123206516⑉

**JP Foodservice, Inc.®**
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 148

| CHECK DATE | 07/14/97 | | | | |
|---|---|---|---|---|---|
| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
| 2C | FS96SA | 3900- | | | 3900- |
| 2C | PRODCAT | 50000- | | | 50000- |
| 2C | 22221103 | 4020- | | | 4020- |
| 2C | 22222325 | 2310075- | | | 2310075- |
| 2D | 22222326 | 120075- | | | 120075- |
| 2F | 7562228 | 23800- | | | 23800- |
| 2F | 7620079 | 3512- | | | 3512- |
| 2F | 7633777 | 4735- | | | 4735- |
| 2F | 7693306 | 5652- | | | 5652- |
| 2F | 7821717 | 43350- | | | 43350- |
| 3F | 22222340 | 88900- | | | 88900- |
| 3G | 2222239 | 39900- | | | 39900- |
| 3K | STAT | 115703- | | | 115703- |
| 3K | T/P | 125177- | | | 125177- |
| 3K | T/P | 9367- | | | 9367- |

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

CHECK AMOUNT ▶ 1034.34

0016150  CN-078049

⑆000107804⑆  ⑈123206516⑈

BANK OF OREGON
GON
OF U.S. BANCORP

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: IP Food Service
Broker: Habeck - Zaitz
Amount of Discrepancy: $539.00

Type of Discrepancy:

    Promotion                      Discount taken after terms
    Spoilage                        Missing support for deduction
    Return                          Deduction taken for unknown reason
    Short shipment            Amount paid is different from invoice.
    Price Discrepancy        Other _____

Check number: 78049
Date of Check: 7-14-97
Date of Deposit: 7-23-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: JP INV. #'s    2CFS965A    $39.00
                       2C PRDCAT    500.00

Attachments: _____

Resolution:

    Expect payment _____ (Approximate date)
    Deduction is legitimate (Attach support or explain below)
    Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 5-23-97
Reviewed: _____
Final Approval: _____

Customer: JPFoodservice
Broker: LINCOLN LAND
Amount of Discrepancy: $1,375.87

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 78049
Date of Check: 7-14-97
Date of Deposit: 7-23-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP INV. #'s   3K STAT    $1,157.03
                        3K T/P        125.17
                        3K T/P         93.67

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Accounts Receivable Discrepancy Report

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: IPFoodservice
Broker: Leboeuf & Assc.
Amount of Discrepancy: $810.40
Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms ✓
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 78049
Date of Check: 7-14-97
Date of Deposit: 7-18-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: JP Inv. #'s   2F756228    $238.00
                        2F762079     35.12
                        2F763377     47.35
                        2F769306     56.52
                        2F782171    433.50

Attachments: _____

Resolution:
  Expect payment _____ (Approximate date)
  Deduction is legitimate (Attach support or explain below)
  Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

| | CHECK DATE | 06/18/97 |
|---|---|---|
| | REMITTANCE ADVICE ENCLOSED | |
| | REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION | |
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

J P Foodservice, Inc.®
P. O. Box 2652 • Columbia Maryland 21045

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 220905 | 1313.70 | | | 1313. |
| 2H | BUCKS | 100.00- | | | 100. |

POSTED 4/30

001615C  CN-070402  CHECK AMOUNT ▶ 1213.

EXHIBIT 149

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: __7-25-97__
Reviewed: _____
Final Approval: _____

Customer __IP Foodservice__
Broker __Sunny Marketing__
Amount of Discrepancy __$100.00__
Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms ✓ |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number __70402__
Date of Check __6-18-97__
Date of Deposit __6-30-97__
Invoice number _____
Invoice date _____
Customer PO number _____
Other reference number _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: __2H BUCKS    $ 100.00__
_____
_____
_____
_____
_____
_____

Attachments: _____
_____
_____
_____

Resolution:
  Expect payment _____ (Approximate date)
  Deduction is legitimate (Attach support or explain below)
  Additional follow up is required. Expected date of resolution _____
_____
_____
_____
_____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Food Service
Broker: Leboeuf & Assc
Amount of Discrepancy: $257.60

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason ✓
- Amount paid is different from invoice.
- Other _____

Check number: 69091
Date of Check: 6-16-97
Date of Deposit: 6-30-97
Invoice number: 222121
Invoice date: 5-30-97
Customer PO number: 2D142350
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: 623.35
Amount paid (amount deducted from check): 365.75
Amount due: 257.60

Comments: Order shipping in foil

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS


EXHIBIT 150



| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 2210002 | 260445 | | | 260445 |
| 2C | 2220096 | 206135 | | | 206135 |
| 2D | 2220121 | 36575 | | | 36575 |
| 2F | 2220053 | 12250 | | | 12250 |
| 2F | 2220097 | 130200 | | | 130200 |
| 2J | 2220098 | 133630 | | | 133630 |

CHECK AMOUNT  7792.35

CHECK DATE  06/16/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

2A HEADQUARTERS     (410) 312-7100
2C BALTIMORE        (410) 551-2000
2D EVERETT          (617) 389-6229
2F HARTFORD         (203) 282-0101
2H ALTOONA          (814) 946-1201
2J ALLENTOWN        (610) 821-9000
3F MINNEAPOLIS      (612) 559-9494
3G DES MOINES       (515) 266-2281
3H FORT WAYNE       (219) 432-0621
3K STREATOR         (815) 673-3311
3B FROZEN FARMS     (410) 312-7100

THE BANK OF OREGON
OREGON
BY OF U.S. BANCORP

⑈'000106909⑈' ⑆123 2065⑆

POSTED

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: VP Foodservice
Broker: Endy Food
Amount of Discrepancy: $94.68

Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 67876
Date of Check: 6-11-97
Date of Deposit: 6-25-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: VP INV # 3HT/P $94.68

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS


EXHIBIT 151



CHECK DATE 06/11/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|
| 2C 221371 | 132190 | Acct # 11035 | | 132190 |
| 2D 222054 | 64400 | | | 64400 |
| 3HT/P | 9468- | | | 9468- |

PAID 6/25

0016150  CN-067876       CHECK AMOUNT ▶  1871.22

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045



CHECK DATE 06/04/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| BRANCH | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|
| 2C2199989 | 2231 50 | | | 2231 50 |
| 2C2200057 | 886 70 | | | 886 70 |
| 2C2200277 | 703 50 | | | 703 50 |
| 2C2221560 | 2320 30 | | | 2320 30 |
| 2C2221950 | 1704 50 | | | 1704 50 |
| 2F2221950 | 852 25 | | | 852 25 |
| 2H2219520 | 1178 10 | | | 1178 10 |
| 2H0677739 | 76 04- | | | 76 04- |
| 2H6686620 | 367 93- | | | 367 93- |
| 2H8773620 | 178 35- | | | 178 35- |
| 2H2221949 | 859 95 | | | 859 95 |
| 2J2221949 | 350 00 | | | 350 00 |
| 2J2222051 | 257 60 | | | 257 60 |
| 2M2214210 | 739 20 | | | 739 20 |
| 2M2221502 | 48 32- | | | 48 32- |
| 3F1169410 | 110 01- | | | 110 01- |
| 3FT/P | 616 00- | | | 616 00- |
| 3F2218360 | 96 94- | | | 96 94- |
| 3F7448100 | 142 05- | | | 142 05- |
| 3H6335060 | 90 97- | | | 90 97- |
| 3H6429460 | 165 13- | | | 165 13- |
| 3H6486210 | 19 35- | | | 19 35- |
| 3KT/P | 69 00- | | | 69 00- |

0016150 CN-065498   CHECK AMOUNT 11335.51

JP Foodservice, Inc.®
P. O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 152

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Food Service
Broker: LINCOLNLAND
Amount of Discrepancy: $69.00
Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms ✓ |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: 65498
Date of Check: 6-4-97
Date of Deposit: 6-6-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: JP INV.# 3KT/P $69.00
_____
_____
_____
_____

Attachments: _____
_____
_____

Resolution:
Expect payment _____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution _____
_____
_____
_____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

## Chef Garcia Mexican Foods
### Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JPFoodservice
Broker: Sunny Marketing
Amount of Discrepancy: $622.32

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms ✓
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 65498
Date of Check: 6-4-97
Date of Deposit: 6-6-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP INV. #'s   2H867739   $76.04
                        2H868662    367.93
                        2H877362    178.35

Attachments: _____

Resolution:
- Expect payment _____ (Approximate date)
- Deduction is legitimate (Attach support or explain below)
- Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS