CHECK DATE 05/12/97

REMITTANCE ADVICE ENCLOSED

REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-1000 |
| 2D | EVERETT | (617) 389-6???  |
| 2F | HARTFORD | (203) 282-0110 |
| 2H | ALTOONA | (814) 946-???? |
| 2J | ALLENTOWN | (610) 921-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 049484 | 1131271- | | | 1131271- |
| 2C | 051405 | 4957- | | | 4957- |
| 2C | 052853 | 9238- | | | 9238- |
| 2C | 055568 | 34219- | | | 34219- |
| 2C | 059461 | 184554- | | | 184554- |
| 2C | 071891 | 146696- | | | 146696- |
| 2C | 078851 | 4273- | | | 4273- |
| 2C | 219903 | 147840- | | | 147840- |
| 2C | 215595 | 237875- | | | 237875- |
| 2C | 216623 | 149250- | | | 149250- |
| 2C | 217720 | 77410- | | | 77410- |
| 2D | 215596 | 113820- | | | 113820- |
| 2D | 217720 | 49035- | | | 49035- |
| 2H | 215598 | 288540- | | | 288540- |
| 2H | 215598 | 144270- | | | 144270- |
| 2H | 216622 | 30450- | | | 30450- |
| 2H | 217730 | 165270- | | | 165270- |
| 2H | 204727 | 5652- | | | 5652- |
| 2H | 324291 | 2034- | | | 2034- |
| 2H | 332828 | 7331- | | | 7331- |
| 2H | 334980 | 7331- | | | 7331- |
| 2J | 215597 | 278530- | | | 278530- |
| 2J | 216621 | 30450- | | | 30450- |
| 3FT/P | | 7312- | | | 7312- |
| 3FT/P | | 16160- | | | 16160- |
| 3FT/P | | 14991- | | | 14991- |
| 3FT/P | | 9531- | | | 9531- |
| 3GT/P | | 16231- | | | 16231- |
| 3GT/P | | 10595- | | | 10595- |

CHECK 0016155 01-056747
AMOUNT ▲

JP Foodservice, Inc.®
P O Box 2652 • Columbia, Maryland 21045

EXHIBIT 153



CHECK DATE  05/12/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6222 |
| 2F | HARTFORD | (860) 646-1591 |
| 2H | ALTOONA | (814) 946-1591 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 3G | 074663 | 4735- | | | 4735- |
| 3H | 645842 | 4735- | | | 4735- |
| 3K | T/P | 15763- | | | 15763- |
| 3K | T/P | 12259- | | | 12259- |
| 3K | T/P | 10675- | | | 10675- |

CHECK AMOUNT ▸ 657.95

JP Foodservice, Inc.
P.O Box 2552 • Columbia, Maryland

JP Foodservice, Inc.®
PO Box 2652 • Columbia, Maryland 21045

THIS CHECK VOID 90 DAYS AFTER THIS DATE
05/12/97

CHECK N° 1056748

CHECK AMOUNT
******657.95

PAY SIX HUN FIFTY SEVEN & .95 $

PAY TO THE ORDER OF

0016150
CHEF GARCIA MEX FOODS    CN-056748
7603-F FULLERTON ROAD
SPRINGFIELD    VA 22153

FIRST STATE BANK OF OREGON
CANBY, OREGON
SUBSIDIARY OF US BANCORP

⑈⑉0010567748⑈⑉ ⑈123206516⑈: 709 0206 314⑈

# Chef Garcia Mexican Foods
## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: _____
Reviewed: _____
Final Approval: _____

Customer: JP Food Service
Broker: Indy Food
Amount of Discrepancy: $47.35
Type of Discrepancy:

    Promotion                  Discount taken after terms ✓
    Spoilage                    Missing support for deduction ✓
    Return                      Deduction taken for unknown reason
    Short shipment          Amount paid is different from invoice.
    Price Discrepancy      Other _____

Check number: 56748
Date of Check: 5-12-97
Date of Deposit: 5-14-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP Invoice # 3H645842  $47.35

Attachments: _____

Resolution:
    Expect payment _____ (Approximate date)
    Deduction is legitimate (Attach support or explain below)
    Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: _____
Reviewed: _____
Final Approval: _____

Customer: *JP Food Service*
Broker: *Lincolnland Food Sales*
Amount of Discrepancy: *$387.27*

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: *56748*
Date of Check: *5-12-97*
Date of Deposit: *5-14-97*
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: *JP Invoice #'s   3KT/P   $157.93*
*3KT/P   122.59*
*3KT/P   106.75*

Attachments: _____

Resolution:
　　Expect payment _____ (Approximate date)
　　Deduction is legitimate (Attach support or explain below)
　　Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# *Chef Garcia Mexican Foods*

## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: _____
Reviewed: _____
Final Approval: _____

Customer: JP Foodservice
Broker: Hockenberg Newburgh
Amount of Discrepancy: $315.61

Type of Discrepancy:

- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy

- Discount taken after terms
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 56747
Date of Check: 5-12-97
Date of Deposit: 5-14-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP invoice #'s   3GT/P    $162.31
                            3GT/P     105.95
                            3G07463    47.35

Attachments: _____

Resolution:
  Expect payment _____ (Approximate date)
  Deduction is legitimate (Attach support or explain below)
  Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

## *Chef Garcia Mexican Foods*

Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: _____
Reviewed: _____
Final Approval: _____

Customer: IP Food Service
Broker: Lemire Sales, Inc.
Amount of Discrepancy: $479.94

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms ✓ |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: 56747
Date of Check: 5-12-97
Date of Deposit: 5-14-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: IP invoice #'s    3FT/P   $73.12
                            3FT/P    161.60
                            3FT/P    149.91
                            3FT/P     95.31

Attachments: _____

Resolution:
   Expect payment _____ (Approximate date)
   Deduction is legitimate (Attach support or explain below)
   Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods

No. _____

## Accounts Receivable Discrepancy Report

Prepared by: _____
Date: _____
Reviewed: _____
Final Approval: _____

Customer: JP Foodservices.
Broker: Sunny Marketing
Amount of Discrepancy: $203.14

Type of Discrepancy:

| | |
|---|---|
| Promotion | Discount taken after terms ✓ |
| Spoilage | Missing support for deduction ✓ |
| Return | Deduction taken for unknown reason |
| Short shipment | Amount paid is different from invoice. |
| Price Discrepancy | Other _____ |

Check number: 56747
Date of Check: 5-12-97
Date of Deposit: 5-14-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia _____
Amount paid (amount deducted from check) _____
Amount due _____

Comments: JP invoice #'s  2H 804727    $56.52
                          2H 832491     20.34
                          2H 832828     73.31
                          2H 834980     73.31

Attachments: _____

Resolution:
  Expect payment _____ (Approximate date)
  Deduction is legitimate (Attach support or explain below)
  Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS

# Chef Garcia Mexican Foods

## Accounts Receivable Discrepancy Report

No. _____

Prepared by: _____
Date: 7-25-97
Reviewed: _____
Final Approval: _____

Customer: JP Food service
Broker: Habeck - Zaitz
Amount of Discrepancy: $15.64

Type of Discrepancy:
- Promotion
- Spoilage
- Return
- Short shipment
- Price Discrepancy
- Discount taken after terms ✓
- Missing support for deduction ✓
- Deduction taken for unknown reason
- Amount paid is different from invoice.
- Other _____

Check number: 56747
Date of Check: 5-12-97
Date of Deposit: 5-14-97
Invoice number: _____
Invoice date: _____
Customer PO number: _____
Other reference number: _____

Amount of Invoice/Amount due per Chef Garcia: _____
Amount paid (amount deducted from check): _____
Amount due: _____

Comments: JP INVOICES

| JP INVOICES | | 2C078851 | 42.73 |
| 2C051405 | 49.57 |
| 2C052853 | 42.38 |
| 2C055568 | -13.19 |
| 2C058461 | 184.54 |
| 2C671891 | 146.96 |

Attachments: _____

Resolution:
Expect payment _____ (Approximate date)
Deduction is legitimate (Attach support or explain below)
Additional follow up is required. Expected date of resolution _____

Resolved by: _____

Please send a written resolution and support if necessary to the accounting department for all discrepancies.

ARDISCRP.XLS



EXHIBIT 154





JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

BANK OF OREGON
DON
OF U.S. BANCORP

"001037099" 123206516

CHECK DATE 03/17/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | |
|---|---|
| 2A HEADQUARTERS | (410) 312-7100 |
| 2C BALTIMORE | (410) 551-2000 |
| 2D EVERETT | (617) 389-6229 |
| 2F HARTFORD | (203) 282-0101 |
| 2H ALTOONA | (814) 946-1201 |
| 2J ALLENTOWN | (610) 821-9000 |
| 3F MINNEAPOLIS | (612) 559-9494 |
| 3G DES MOINES | (515) 266-2281 |
| 3H FORT WAYNE | (219) 432-0621 |
| 3K STREATOR | (815) 673-3311 |
| 3B FROZEN FARMS | (410) 312-7100 |

| BRANCH | INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 2212157 | 2519.50 | | | 2519.50 |
| 3F | 7022234 | 78.72— | | | 78.72— |
| 3F | 7027783 | 131.25— | | | 131.25— |
| 3F | 7082212 | 44.73— | | | 44.73— |
| 3F | 7175522 | 281.96— | | | 281.96— |

0016150 CN-037099

CHECK AMOUNT ▶ 1982.84

EXHIBIT 156

| INVOICE NO. | GROSS | DISCOUNT | DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|
| 2C 221215 | 276695 | PAID SHORT $119.43 | | 276695 |
| 2D 221213 | 5280 | | | 5280 |
| 2F 221212 | 25760 | | | 25760 |

03/10/97

CHECK AMOUNT: 3076.75

0016150 CN-034648

REMITTANCE ADVICE ENCLOSED
MAIL ALL INQUIRIES TO THE APPROPRIATE LOCATION

| | |
|---|---|
| 2A HEADQUARTERS | (410) 312-7100 |
| 2C BALTIMORE | (410) 551-2000 |
| 2D EVERETT | (617) 389-6229 |
| 2F HARTFORD | (203) 282-0101 |
| 2H ALTOONA | (814) 946-1201 |
| 2J ALLENTOWN | (610) 821-9000 |
| 3F MINNEAPOLIS | (612) 559-9494 |
| 3G DES MOINES | (515) 266-2281 |
| 3H FORT WAYNE | (219) 432-0621 |
| 3K STREATOR | (815) 673-3311 |
| 3B FROZEN FARMS | (410) 312-7100 |

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 157

# TORTILLA MAYA INVOICE

**Chef Garcia Mexican Foods, Inc.**
7608 A Fullerton Road, Springfield, VA 22153-2811
(703) 455-0155 Metro (703) 451-4841 Fax (703) 451-8917
FEI #54-1285691

| CUSTOMER NO. | 221215 |
|---|---|
| | JP2CMD |

**SOLD TO:**
JP FOODSERVICE/BALTIMORE
P.O. BOX 2652
9830 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

**SHIP TO:**
JP Foodservice/Baltimore
8024 Telegraph Road
Severn, MD 21144

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 02/11/97 | Pick Up | Origin | NET 15 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| ZC 54675 0 | 02/11/97 | 80 | 24606 |

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10.000 | 10.000 | 0.000 | 5-00296 | CS SALSA:THICK & CHUNKY MID 4/1g 32# | 34.90 N | 349.00 |
| 15.000 | 8.000 | 7.000 | 6-00267 | CS FIL:MEXICAN STYLE BEANS, 4/5 LBS. | 19.21 N | 153.68 |
| 10.000 | 10.000 | 0.000 | 6-00268 | CS FIL:MEXICAN STYLE RICE, 4/4 LBS. | 25.71 N | 257.10 |
| 10.000 | 10.000 | 0.000 | 6-00269 | CS FIL:SHREDDED CHICKEN, 4/5 LBS. | 58.71 N | 587.10 |
| 5.000 | 5.000 | 0.000 | 6-00271 | CS FIL:BEEF TACO MEAT, 4/5 LBS. | 39.51 N | 197.55 |
| 7.000 | 7.000 | 0.000 | 7-02114-3 | CS JP#626860 MIN BN BUR PSADO 150/1.5o | 17.25 N | 120.75 |
| 7.000 | 7.000 | 0.000 | 7-02116-7 | CS JP#626862 CHICK FAJ BUR 60/5oz CS | 52.80 N | 369.60 |
| 14.000 | 14.000 | 0.000 | 7-02119-8 | CS JP#626865 BF BN CH CHIM 60/5oz CS | 28.50 N | 399.00 |
| 7.000 | 7.000 | 0.000 | 7-02121-1 | CS JP#626867 BF LASAGNA PSDO 4/5.5#CS | 43.50 N | 304.50 |
| 7.000 | 7.000 | 0.000 | 7-02123-5 | CS JP#626869 MN SHRD CHIK QUES 150/1.5 | 32.50 N | 227.50 |

| | |
|---|---|
| Nontaxable Subtotal | 2965.78 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 2965.78 |

Customer _____ Date _____

Terms of Sale: ...

PLEASE REMIT ONE COPY OF THE INVOICE WITH YOUR PAYMENT

*Thank You!*