| | | CHECK DATE | | BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | 03/05/97 | | | | | | |
| | REMITTANCE ADVICE ENCLOSED | | | | | | | | |
| | REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION | | | 2H | 311198 | 1889- | | | 1889 |
| 2A | HEADQUARTERS | | (410) 312-7100 | 2J | 100162 | 4200- | | | 4200 |
| 2C | BALTIMORE | | (410) 551-2000 | 2J | 100319 | 9220- | | | 9220 |
| 2D | EVERETT | | (617) 389-6229 | 2J | 110961 | 3162- | | | 3162 |
| 2F | HARTFORD | | (203) 282-0101 | 2J | 114655 | 23969- | | | 23969 |
| 2H | ALTOONA | | (814) 946-1201 | 2J | 121932 | 2034- | | | 2034 |
| 2J | ALLENTOWN | | (610) 821-9000 | 2J | 122634 | 5401- | | | 5401 |
| 3F | MINNEAPOLIS | | (612) 559-9494 | 2J | 136619 | 1889- | | | 1889 |
| 3G | DES MOINES | | (515) 266-2281 | 2J | 142527 | 5652- | | | 5652 |
| 3H | FORT WAYNE | | (219) 432-0621 | 2J | 142603 | 9220- | | | 9220 |
| 3K | STREATOR | | (815) 673-3311 | 2J | 156689 | 3548- | | | 3548 |
| 3B | FROZEN FARMS | | (410) 312-7100 | 2J | 160163 | 9605- | | | 9605 |
| | | | | 2J | 161209 | 45678- | | | 45678 |
| | | | | 2J | 169267 | 19607- | | | 19607 |
| | | | | 2J | 173887 | 7331- | | | 7331 |
| | | | | 2J | 175350 | 9220- | | | 9220 |
| | | | | 2J | 175487 | 5830- | | | 5830 |
| | | | | 2J | 221216 | 185465 | | | 185465 |
| | | | | 3F | T/P | 10553- | | | 10553 |
| | | | | 3H | 625250 | 5174- | | | 5174 |

0016150 CN-033441   CHECK AMOUNT   22.63

J P Foodservice, Inc.®
P O Box 2652 • Columbia, Maryland 21045

⑴⑴"00l0334ll⑴"  ⑴:l53505l6l:  709 0505 374⑴

SAFEWAY OF U.S. BANCORP
TEXAS, OREGON
FIRST STATE BANK OF OREGON

[check stub, inverted:]
001 5150  CN-033441
CHEF GARCIA MEX FOODS
7608-F FULLERTON ROAD
SPRINGFIELD    VA 22153

PAY  TWNTY TWO $ .83 $

03/05/97
THIS CHECK VOID 90 DAYS AFTER THIS DATE

CHECK AMOUNT  ********22.83

CHECK NO. 1033441

▲ DETACH BEFORE DEPOSITING ▲

J P Foodservice, Inc.
P O Box 2652 • Columbia, Maryland 21045


EXHIBIT 158



# TORTILLA MAYA                                                           INVOICE

**Chef Garcia Mexican Foods, Inc.**
7608 A Fullerton Road, Springfield, VA 22153-2814
(703) 455-0155  Metro (703) 451-4841  Fax (703) 451-8917
FEI #54-1285691

**CUSTOMER NO.** 221216
JP2JPA

**SOLD TO:**
JP Foodservice/Baltimore
P.O. Box 2652
9830 Patuxent Woods Drive
Columbia, MD 21046

**SHIP TO:**
JP Foodservice/Allentown
1135 N. Plymouth Street
Allentown, PA 18021

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 02/11/97 | Pick Up | Origin | NET 15 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 2J 00388 0 | 02/11/97 | 89 | 24607 |

| QTY. ORDERED | QTY. SHIPPED | QTY. B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 7.000 | 3.000 | | 7-02114-3 | CS | 17.25 | 51.75 |
| | | 4.000 | JP#626860 | MIN BN BUR PSADO 150/1.5o | N | |
| 7.000 | 7.000 | | 7-02115-0 | CS | 17.50 | 122.50 |
| | | 0.000 | JP#626861 | BEAN BUR PSADO 60/5oz | N | |
| 21.000 | 21.000 | | 7-02116-7 | CS | 52.80 | 1108.80 |
| | | 0.000 | JP#626862 | CHICK FAJ BUR 60/5oz cs | N | |
| 21.000 | 0.000 | | 7-02117-4 | CS | 52.80 | 0.00 |
| | | 21.000 | JP#626863 | MSQ GRIL CHICK BUR 60/5oz | N | |
| 14.000 | 4.000 | | 7-02123-5 | CS | 32.50 | 130.00 |
| | | 10.000 | JP#626869 | MN SHRD CHIK QUEZ 150/1.5 | N | |
| 12.000 | 12.000 | | 7-02237-4 | CS | 36.80 | 441.60 |
| | | 0.000 | JP#206504 | LA JUNTA SALSA 4/1gal cs | N | |

Customer _____ Date _____

**Terms of Sale:** By acceptance of delivery of the goods referenced herein, the customer agrees to pay 1.5% interest per month on the entire balance of any amount which is past due as well as all costs of collecting that account, including attorneys' fees.
The customer agrees to the terms of sale and the above signed has the authority to so bind the customer.

NonTaxable Subtotal      1854.65
Taxable Subtotal            0.00
Tax                         0.00
Total                    1854.65

PLEASE REMIT ONE COPY OF THE INVOICE WITH YOUR PAYMENT

*Thank You!*

CHECK DATE 02/24/97

REMITTANCE ADVICE ENCLOSED
**REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION**

| | | |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 221187 | 1575 00 | | 1675- | 157500 |
| 2D | 221186 | 499 10 | | | 49910 |
| 2H | 221184 | 1194 20 | | | 119420 |

0016150 CN-030037    CHECK AMOUNT ▲ 3268.30

JP Foodservice, Inc. ®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 159



| CHECK DATE 02/17/97 | BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| 2CMD | 2A | 12842A | 4299- | | | 4299- |
| | 2C | 220894 | 22750- | | | 22750- |
| | 2D | AR DUE | 90269- | | | 90269- |
| | 2D | 220895 | 67550- | | | 67550- |
| | 2F | 220896 | 24860- | | | 24860- |
| | 2F | 221003 | 121520 | | | 121520 |
| | 2F | 221185 | 52150- | | | 52150- |
| | 2H | 715703 | 3800- | | | 3800- |
| | 2J | 729178 | 56315- | | | 56315- |
| | 2F | 745661 | 4735- | | | 4735- |
| | 2H | 221001 | 98770- | | | 98770- |
| | 2J | 220898 | 108460 | | | 108460- |
| | 2J | 221000 | 86450- | | | 86450- |
| | 3F | 664161 | 12191- | | | 12191- |

0016150 CN-027616                                        CHECK AMOUNT ▶ 4108.81

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

2A HEADQUARTERS   (410) 312-7100
2C BALTIMORE      (410) 551-2000
2D EVERETT        (617) 389-6229
2F HARTFORD       (203) 282-0101
2H ALTOONA        (814) 946-1201
2J ALLENTOWN      (610) 821-9000
3F MINNEAPOLIS    (612) 559-9494
3G DES MOINES     (515) 266-2281
3H FORT WAYNE     (219) 432-0621
3K STREATOR       (815) 673-3311
3B FROZEN FARMS   (410) 312-7100

⑆0010 27616⑆ ⑈123206516

BANK OF OREGON
EGON
OF U.S. BANCORP

JP Foodservice, Inc.®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 160



CHECK DATE: 02/19/97

REMITTANCE ADVICE ENCLOSED
AFTER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Branch | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH/VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|
| 2H804796 | 12632— | | | 12632— |
| 2H810891 | 8554— | | | 8554— |
| 2H811021 | 11304— | | | 11304— |
| 2H811079 | 9308— | | | 9308— |
| 2J24510 | 270970 | | | 270970 |
| 3F221165 | 122850 | | | 122850 |
| 3G221166 | 62475 | | | 62475 |
| 3K221167 | 64060 | | | 64060 |

CHECK AMOUNT: 4785.47

0016150 CN-029040

IP Foodservice, Inc.®
P.O. Box 2852 • Columbia, Maryland 21045

EXHIBIT 161

CHECK DATE 01/22/97

REMITTANCE ADVICE ENCLOSED
REFER ALL INQUIRIES TO THE APPROPRIATE LOCATION

| Code | Location | Phone |
|---|---|---|
| 2A | HEADQUARTERS | (410) 312-7100 |
| 2C | BALTIMORE | (410) 551-2000 |
| 2D | EVERETT | (617) 389-6229 |
| 2F | HARTFORD | (203) 282-0101 |
| 2H | ALTOONA | (814) 946-1201 |
| 2J | ALLENTOWN | (610) 821-9000 |
| 3F | MINNEAPOLIS | (612) 559-9494 |
| 3G | DES MOINES | (515) 266-2281 |
| 3H | FORT WAYNE | (219) 432-0621 |
| 3K | STREATOR | (815) 673-3311 |
| 3B | FROZEN FARMS | (410) 312-7100 |

| BRANCH | VENDOR INVOICE NO. | GROSS | DISCOUNT | OTHER DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 2C | 150129 | 15000 | | | 15000 |
| 2C | 0C9680 | 25500- | | | 25500- |
| 2C | 002072 | 1891- | | | 1891- |
| 2C | 002075 | 1891- | | | 1891- |
| 2C | 003022 | 213586- | | | 213586- |
| 2C | 003997 | 2985- | | | 2985- |
| 2C | 220317 | 119830 | | | 119830 |
| 2C | 220568 | 89080 | | | 89080 |
| 2C | 220687 | 102005 | | | 102005 |
| 2C | 354017 | 8416- | | | 8416- |
| 2C | 876640 | 19660- | | | 19660- |
| 2C | 962609 | 1944- | | | 1944- |
| 2C | 962777 | 160045- | | | 160045- |
| 2C | 071036 | 155580- | | | 155580- |
| 2C | 082239 | 98250 | | | 98250 |
| 2C | 091431 | 315200- | | | 315200- |
| 2D | 220340 | 155680 | | | 155680 |
| 2H | 220631 | 258720 | | | 258720 |
| 2H | 755305 | 3512- | | | 3512- |
| 3F | 220569 | 36575 | | | 36575 |
| 3G | 220570 | 84700 | | | 84700 |
| 3H | 220571 | 19960 | | | 19960 |
| 3H | 516531 | 1935- | | | 1935- |
| 3K | 220572 | 236260 | | | 236260 |

CHECK AMOUNT ▶ 994.45

001616C CN-01954?

BANK OF OREGON
GOR
OF U.S. BANCORP

⑈⑈00101954⑈20⑈  ⑈123206519

JP Foodservice, Inc. ®
P.O. Box 2652 • Columbia, Maryland 21045

EXHIBIT 162