**IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JAIME GARCIA, <u>et al.</u>, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: CCB 01 CV 0103 |
| RONALD D. KIRSTIEN, <u>et al.</u>, | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants Joint Motion to Strike and the Opposition thereto if any, it is this _____ day of May, 2004,

**ORDERED**, that Defendants' to Strike is **GRANTED,** and it is further

**ORDERED**, that the Supplemental Exhibit List and Exhibits filed by Plaintiffs shall be stricken.

_____
Judge Benson E. Legg

cc:   All counsel