IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAIME GARCIA, et ux. | * | |
| Plaintiffs | * | Civil No.: BEL 01 CV 0103 |
| v. | * | |
| RONALD D. KIRSTIEN, et al. | * | |
| Defendants | * | |

* * * * * * *

**Memorandum of Plaintiffs in Opposition to Motion to Strike of Defendants**

The Plaintiffs, through their undersigned counsel, oppose Defendants Motion to Strike, and state as follows:

1.  Defendants appear to be ignoring an important well established legal principle that is applicable to the issues in this case, including, the purchase of the Chef Garcia business by Mr. Rothstein and Mr. Kirstien at bankruptcy sale, and the payments to Mr. Habeck that were larger than the existing written contract. Such transactions between officers and directors and the corporation, under applicable law, are always closely scrutinized and will be nullified if unfair. Importantly, the <u>burden of proof</u>, that the transactions are fair, adequate and equitable rests upon the <u>officers</u> and <u>directors</u> participating in the transaction. See <u>Chesapeake Construction v. Rodman</u>, 256 Md. 531 (1970).

2.  The fact that the burden of proof rests upon Defendants on virtually all issues in this case is particularly significant where not one single document has been produced by Defendant Habeck on any subject, and no document has been produced by Defendants Rothstein and Kirstien reflecting the present existence of Chef Garcia, Inc., a Maryland Corporation, as represented to the Court on May 6, 2004, as being the corporate entity carrying on the business purchased at auction by Defendants Rothstein and Kirstien. Our subsequent search after the May 6, 2004 hearing reveals that there is no Maryland Corporation with the name of Chef Garcia, Inc. See attached Exhibit 1. In fact, a search of the Internet reveals another company dealing with the Chef Garcia product line, with Marjorie Robinson,(employee and close associate of Defendant Habeck), as manager. See attached Exhibit 2. A further document from the State of Virginia shows that Stonewall Services, Inc. has its principal office in Maryland at the address of Defendants Kirstien and Rothstein. See attached Exhibits 3 and 4. Attached hereto as Exhibit 5 is a document produced by Defendants Kirstien and Rothstein showing that they are equal owners of an unincorporated entity, taking over the business of the Plaintiffs. Another document coming from the files of Defendants Kirstien and Rothstein shows actual and forecast sales of the year 1999, reflecting as if it were one company, the sales for both the bankrupt entity and the new entity owned by Rothstein and Kirstien. See attached Exhibit 6. Exhibit 7 attached hereto shows profit and loss for the same entity for 1999.

Comparing the exhibits one can see that the annual sales for the unincorporated entity owned 50/50 by Defendants Rothstein and Kirstien are in the neighborhood of $2,000,000.00 plus dollars, and the annual sales for the entity known as Stonewall

Services, Inc. is roughly 25% of that figure. One can easily infer from these documents, and from the fact that Defendants Rothstein and Kirstien caused the wrong information to be given to the Court on May 6, 2004, that Rothstein and Kirstien directly own, fifty percent each, the former Chef Garcia business, and that Ms. Robinson and her employer, Defendant Habeck, receive approximately 25% of the sales of the new unincorporated entity through Stonewall Services, Inc.

We request that the motion to strike be denied, that the summary judgment motions be denied and that the trial date remain as scheduled.

Respectfully submitted,

_____/s/_____
David F. Albright, Esq. (01454)
Albright & Goertemiller, LLC
120 E. Baltimore St. Suite 2150
Baltimore, MD 21202
Attorney for Plaintiffs



**Maryland Department of Assessments and Taxation**
**Taxpayer Services Division**
301 West Preston Street, Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

**Taxpayer Services Division**

**Charter Search Results for: CHEF GARCIA, INC%**

**No Information available.**

There are no records for this query.



EXHIBIT 1

D&B Company Report DUNS: 073316320                                    Page 1 of 1



**D&B** Decide with Confidence                                        *U.S. Reports*

**Full Record 8**
**Stonewall Services LLC**
(doing business as: "Chef Garcia Mexican Foods")
3090 Brickhouse CT
Virginia Beach VA 23452-6859

**D&B D-U-N-S Number:** 07-331-6320

**Phone:** (757) 631-1164

**County:** VIRGINIA BEACH (CITY
**Metropolitan Statistical Area:** Norfolk-Virginia Beach-Newport News, Va-

**Year Started:** 1999

**Annual Sales:** $ 550,000.00 (Last Revision 01/04/2003)

**Number of Employees here:** 3
**Number of Employees total:** 3

**Business:** Wholesales Mexican Foods
**Primary SIC:**
  5141, Groceries, General Line
  51410000, Groceries, general line

**This is a:**
  Small Business

**Officers and Executives:**
  Manager: Marjorie Robertson, Manager

View a receipt for this profile.

Charges for the current search: $5.00

(Final charges to your credit card will include applicable sales tax.)

© 2002 D&B



EXHIBIT 2

.../dmi.cgi&FIELD1=073316320&P=P8000EG&SSERVER=TRUE&SERVICE=HOOVERS&1/13/2004

Virginia State Corporation Commission

Commonwealth of Virginia
State Corporation Commission

```
WEB#243                                                    05/24/04
TCP00037          LLCM3220           CIS                   12:00:35
                             LLC DATA INQUIRY
     LLC ID:   T019833 - 5    STATUS: 00 ACTIVE    STATUS DATE: 12/14/01
     LLC NAME: Stonewall Services LLC

DATE OF FILING: 12/14/2001  PERIOD OF DURATION: 99/99/9999  INDUSTRY CODE: 00
STATE OF FILING: MD MARYLAND              MERGER INDICATOR:
                                          CONVERSION INDICATOR:
                    P R I N C I P A L   O F F I C E   A D D R E S S
     STREET: 1657 CROFT BLVD
     CITY:   CROFTON                STATE: MD  ZIP: 21114-0000
              R E G I S T E R E D   A G E N T   I N F O R M A T I O N
     R/A NAME: CT CORPORATION SYSTEM

     STREET: 4701 COX ROAD SUITE 301
     CITY:   GLEN ALLEN                  STATE: VA  ZIP: 23060-6802
R/A STATUS: 5 CORP/LLC/RLLP R  EFF DATE: 01/05/04 LOC: 143 HENRICO COUNTY
     YEAR    FEES       PENALTY       INTEREST         BALANCE
      03    50.00

COMMAND:
```

[Enter] [Signoff] [Help] [Print]

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

EXHIBIT 3

---

**Maryland Department of Assessments and Taxation**  2

**Taxpayer Services Division**
301 West Preston Street ▪ Baltimore, Maryland 21201

---

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

---

### Taxpayer Services Division

### Entity Name: STONEWALL SERVICES LLC
### Dept. ID #: W05045463

| General Information | Amendments | Personal Property | Certificate of Status |

NOTICE ABOUT IMAGE AVAILABILITY AND ACCURACY

Page 1 of 1

| Description | Date Filed | Time | Film | Folio | Pages | View Document | Order Copies |
|---|---|---|---|---|---|---|---|
| DEPT. ACTION FORFEITURE | 10/07/2002 | 11:28-PM | | | | | |
| THE ENTITY WAS FORFEITED FOR FAILURE TO FILE PROPERTY RETURN FOR 2001. | | | | | | | |
| ARTICLES OF ORGANIZATION | 07/20/1998 | 10:48-AM | F4055 | 1923 | 0002 |  |  |

---

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |



EXHIBIT 4

05/10/99

# CHEF GARCIA MEXICAN FOODS 1
## Balance Sheet
### As of April 30, 1999

|  | Apr 30, '99 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       FNB CHECKING | 275,105.09 |
|     Total Checking/Savings | 275,105.09 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 128,786.14 |
|     Total Accounts Receivable | 128,786.14 |
|     **Other Current Assets** | |
|       Inventory Asset | -16,620.29 |
|     Total Other Current Assets | -16,620.29 |
|   Total Current Assets | 387,270.94 |
|   **Fixed Assets** | |
|     Office equipment | 5,984.70 |
|     Office equp accum dep | -117.81 |
|   Total Fixed Assets | 5,866.89 |
|   **Other Assets** | |
|     **Chef Garcia intang.assets** | |
|       C G accum amort | -2,021.86 |
|       Chef Garcia intang.assets - Other | 121,311.55 |
|     Total Chef Garcia intang.assets | 119,289.69 |
|     Deposits | 4,680.00 |
|     Due from FRAIN | 35,000.00 |
|   Total Other Assets | 158,969.69 |
| **TOTAL ASSETS** | **552,107.52** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 2,076.69 |
|       Total Accounts Payable | 2,076.69 |
|       **Other Current Liabilities** | |
|         Accrued brokerage | 12,252.00 |
|         Accrued professional fees | 4,500.00 |
|         Accrued promotional | 23,685.21 |
|       Total Other Current Liabilities | 40,437.21 |
|     Total Current Liabilities | 42,513.90 |
|   Total Liabilities | 42,513.90 |
|   **Equity** | |
|     HR/MR EQUITY | 250,000.00 |
|     RDK EQUITY | 250,000.00 |
|     Net Income | 9,593.62 |
|   Total Equity | 509,593.62 |
| **TOTAL LIABILITIES & EQUITY** | **552,107.52** |

Page 1



EXHIBIT 5

1999 SALES FORCAST

| | ACTUAL JAN | ACTUAL FEB | ACTUAL MARCH | ACTUAL APRIL | FRCST MAY | FRCST JUNE | FRCST JULY | FRCST AUG | FRCST SEPT | FRCST OCT | FRCST NOV | FRCST DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FOODSERVICE** | | | | | | | | | | | | | |
| Alliant | 1,359 | | | | | | | | | | | | |
| Atlantic | -1,645 | 4,016 | 5,143 | 2,890 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 48,033 |
| Auth Brothers | 6,710 | 3,757 | 8,493 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,493 |
| Carrrol County | 346 | 240 | 480 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 480 |
| Chef Garcia Old | | | 14,438 | 3,059 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,497 |
| Deaktor Sysco | 5,979 | | | | | | | | | | | | |
| Featherstone | | 707 | | | | | | | | | | | |
| La Union | 1,034 | 3,121 | 4,955 | 4,553 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 45,508 |
| Maryland Hotel | 5,181 | 251 | 2,394 | 4,219 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 34,613 |
| Smelkinson | 978 | 2,158 | 2,906 | 2,748 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 29,654 |
| Standard Foods | | | | 2,333 | | | | | | | | | |
| US Foodservice Balt | 4,290 | 1,802 | 1,362 | 6,220 | 1,000 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 33,082 |
| VA Foodservice | 715 | | | | | | | | | | | | |
| Ziggy's | 27,702 | 16,378 | 36,457 | 25,076 | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 296,533 |
| New Business | | | | | | 5,000 | 10,000 | 10,000 | 15,000 | 20,000 | 20,000 | 20,000 | 100,000 |
| **TOTAL FOODSVCE** | **51,290** | **32,430** | **76,628** | **51,098** | **42,000** | **54,500** | **59,500** | **59,500** | **64,500** | **69,500** | **69,500** | **69,500** | **699,946** |
| | | | | | | | | | | | | | |
| **RETAIL** | | | | | | | | | | | | | |
| C&S Wholesale | 2,773 | 3,862 | 1,567 | 4,579 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 29,146 |
| Giant | 50,495 | 38,775 | 37,003 | 70,451 | 35,000 | 53,000 | 40,000 | 50,000 | 50,000 | 65,000 | 40,000 | 65,000 | 505,454 |
| Pastore's | 12,683 | 1,928 | 3,886 | 2,719 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 34,605 |
| RF Beyers | | 1,522 | 3,699 | 2,156 | 5,000 | 7,000 | 10,000 | 10,000 | 12,000 | 12,000 | 12,000 | 12,000 | 85,855 |
| Halperln | 130,699 | 149,216 | 52,036 | 111,238 | 150,000 | 160,000 | 220,000 | 150,000 | 220,000 | 200,000 | 180,000 | 240,000 | 1,683,274 |
| Fleming | | | | | | 2,400 | 7,000 | 10,000 | 12,000 | 12,000 | 12,000 | 12,000 | 67,400 |
| DL Mathews | | | | 0 | 27,000 | 33,000 | 45,000 | 40,000 | 50,000 | 60,000 | 45,000 | 60,000 | 360,000 |
| **TOTAL RETAIL** | **196,650** | **195,303** | **98,191** | **191,143** | **222,500** | **261,900** | **328,500** | **266,500** | **350,500** | **355,500** | **295,500** | **395,500** | **3,157,687** |
| | | | | | | | | | | | | | |
| **TOTAL SALES** | **247,940** | **227,733** | **174,819** | **242,241** | **264,500** | **316,400** | **388,000** | **326,000** | **415,000** | **425,000** | **365,000** | **465,000** | **3,857,633** |

5/10/99

**EXHIBIT 6**

01/16/00

# CHEF GARCIA MEXICAN FOODS 1
## Profit and Loss
### January through December 1999

|  | Jan - Dec '99 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Sales | 2,676,860.36 |
|   Sales Discounts | -7,929.42 |
| **Total Income** | 2,668,930.94 |
| **Cost of Goods Sold** | |
|   Brokerage | 80,606.00 |
|   Cost of Goods Sold | 1,661,030.85 |
|   Drayage | -9,045.35 |
|   Freight | |
|     Freight and Delivery | 37,194.72 |
|     Freight - Other | 33,851.12 |
|   **Total Freight** | 71,045.84 |
|   Promotional expense | 389,456.20 |
|   Samples | 4,231.51 |
|   Spoils | 24,988.38 |
| **Total COGS** | 2,222,313.43 |
| **Gross Profit** | 446,617.51 |
| **Expense** | |
|   Amortization Expense | 9,276.00 |
|   Automobile Expense | 130.89 |
|   Bad Debt | 43,943.78 |
|   Bank Service Charges | 824.35 |
|   Depreciation Expense | 2,853.12 |
|   Dues and Subscriptions | 627.02 |
|   Equipment Rental | 294.81 |
|   Insurance | 33,336.84 |
|   Marketing | 2,410.80 |
|   Miscellaneous | 10,805.19 |
|   Moving expense | 522.50 |
|   Office Supplies | 4,499.02 |
|   Payroll | 220,028.38 |
|   Postage and Delivery | 1,793.40 |
|   Professional Fees | 25,000.00 |
|   Rent | 18,813.00 |
|   Slotting expense | 80,556.81 |
|   Supplies | |
|     Office | 447.88 |
|     Supplies - Other | 491.65 |
|   **Total Supplies** | 939.53 |
|   Telephone | 10,496.95 |
|   Travel & Ent | |
|     Entertainment | 325.63 |
|     Meals | 895.47 |
|     Travel | 12,784.50 |
|     Travel & Ent - Other | 15.99 |
|   **Total Travel & Ent** | 14,021.59 |
|   Uncategorized Expenses | 0.00 |
| **Total Expense** | 481,173.98 |
| **Net Ordinary Income** | -34,556.47 |
| **Other Income/Expense** | |
|   Other Income | |
|     Other Income | 4,520.55 |
|   **Total Other Income** | 4,520.55 |
| **Net Other Income** | 4,520.55 |
| **Net Income** | -30,035.92 |

Page 1

EXHIBIT 7