UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 7, 2004

MEMORANDUM TO COUNSEL RE:    Garcia, et al. v. Kirstien, et al.
Civil #L-01-103

Dear Counsel:

The Court will set a trial schedule after ruling on pending summary judgment motions.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file