IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAIME GARCIA et al.         :
                            :
       v.                   :         CIVIL NO. L-01-103
                            :
RONALD D. KIRSTIEN et al.   :

## ORDER

For the reasons stated in the Memorandum of even date, the Court hereby: (i) GRANTS Defendants' Motions for Summary Judgment [Docket Nos. 44, 46], (ii) DENIES as MOOT Defendants' Joint Motion to Strike Plaintiffs Exhibits [Docket No. 56], and (iii) DIRECTS the Clerk to CLOSE the case.

Dated this 30th day of September 2004.

                                    _____/s/_____
                                    Benson Everett Legg
                                    Chief Judge