UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JAIME GARCIA, et ux. | : |
| Plaintiffs | : |
| v. | : Civil No. BEL 01 CV 0103 |
| RONALD D. KIRSTIEN, et al. | : |
| Defendants | : |

## ORDER DENYING PLAINTIFFS' MOTION PURSUANT TO RULE 59(e)

Upon consideration of Plaintiffs' Motion Pursuant to Rule 59(e) to Alter or Amend Order and the opposition of Randy Habeck thereto, it is this _____ day of _____, 2004:

ORDERED, that the Plaintiff's Motion be and the same is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patrick J. Kearney, Esquire
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Fourth Floor
Bethesda, Maryland 20814

David F. Albright, Esquire
Albright & Goertemiller, LLC
120 E. Baltimore Street, Suite 2150
Baltimore, Maryland 21202

Craig D. Roswell, Esquire
Niles, Barton & Wilmer
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202.