IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAIME GARCIA et al. | : | |
| | : | |
| v. | : | CIVIL NO. L-01-103 |
| | : | |
| RONALD D. KIRSTIEN et al. | : | |

## **ORDER**

Now pending is Plaintiffs' Motion to Alter/Amend Judgment. Plaintiffs challenge the Court's March 30, 2004 Memorandum and Order, which granted Defendants' Motion for Summary Judgment.

Having reviewed Plaintiffs' motion and the Court's March 30, 2004 Memorandum and Order, the Court sees no reason to disturb its March 30th ruling. The Court, therefore, DENIES Plaintiffs' motion [Docket No. 66].

It is so ORDERED this 8th day of April, 2005.

                                                                  _____/s/_____
                                                                  Benson Everett Legg
                                                                  Chief Judge