IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAIME GARCIA, et ux. | * | |
| Plaintiffs | * | Civil No.: BEL 01 CV 0103 |
| v. | * | |
| RONALD D. KIRSTIEN, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE OF APPEAL

Plaintiffs, Jaime Garcia, et ux., by and through their undersigned counsel, hereby notice an appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered October 1, 2004 (Docket 65); and the final order entered April 11, 2005 (Docket 70).

Respectfully submitted,

/s/
David F. Albright, Esq., Bar #01454
The Law Offices of David F. Albright
1122 Kenilworth Dr., Suite 500
Baltimore, MD 21204
(410) 244-0350
fax (410) 823-5453
Attorney for Plaintiffs