UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

NO. 05-1549

Garcia

vs.

Kirstien

Criminal No.

Civil Action No. L01-cv-103

## CERTIFICATE

Felicia C Cannon, Clerk of the United States District Court for the District of Maryland, certify that the record in this case is complete for the purposes of the appeal and is available for transmission to the court of appeals upon request

Date June 14, 2005

Felicia C. Cannon, Clerk

By *Nadine Mercer*

Deputy Clerk

Certificate that Record is Complete (Rev. 01/25/02)