UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 29, 2006

No. 05-1549
CA-01-103-BEL-1

JAIME GARCIA; ELVIRA GARCIA

    Plaintiffs - Appellants

v

RONALD D. KIRSTIEN, O'Stein Brothers L.P. No. 4; HARVEY ROTHSTEIN, O'Stein Brothers L.P. No. 4; RANDY HABECK

    Defendants - Appellees

M A N D A T E
---------------

The judgment of this Court, entered 6/7/06, takes effect this date

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK